Angela Russell, et al.

v.

Management & Training Corporation, et al.

George Carter
July 11, 2023

*Brown Court Reporting & Litigation Support*
*4780 I-55 North, Suite 100*
*Jackson, MS 39211*
*julie@browncourtreporting.com*
*(601) 203-0071 phone | (601) 709-4611 fax*





```
 1   emotional, psychological limitations on life expectancy.
 2        Q.   All right.  Then you addressed his
 3   potential earnings.  And the reason I'm asking you
 4   about that, I know you ended up as far as his
 5   earnings was 0 because of the personal consumption
 6   factor.  Correct?
 7        A.   No.  His earnings were significant.
 8        Q.   I'm talking about net.
 9        A.   His loss.
10        Q.   Yes.
11        A.   His net.  His loss was 0.
12        Q.   All right.  But the reason I'm asking you
13   about that because am I correct that the earnings
14   factors into the amount of your benefits -- lost
15   benefits calculation?
16        A.   It does, yes.
17        Q.   So I wanted to ask you about that.  And
18   you base that on the median income for Mississippi.
19   Is that correct?
20        A.   The benefits are based on --
21        Q.   No.  I'm sorry, the income.
22        A.   Oh, the income.  Yes.  Right, right.
23   Well, as you know from my report the income is not
24   what a typical person makes.  It's adjusted as the
25   policy group who made the determination on what
```

1  ex-offenders actually do make as a percentage of
2  what a typical person does.  That's adjustments
3  made.  And then I adjusted that down to Mississippi,
4  yes.
5       Q.   All right.  And then you considered the
6  statistics on -- after the first six months after
7  release, it was a certain percentage and then a
8  certain percentage of the median income after that.
9  Correct?
10      A.   Yeah.  The policy center said that the
11 first six months chance of being employed is remote
12 based on experience, so I didn't have any loss
13 during that period of time, the six months after his
14 release -- expected release.
15           Then for four years it would be substantially
16 reduced, which we note the 3 1/2 years after the
17 first six months of no income in my report, and then
18 after four years he would have a reduced but larger
19 income for the remainder of his work life expectancy.
20      Q.   And you put that or the study put that at
21 84 percent of the median income?
22      A.   Right.
23      Q.   And how does that median income for
24 Mississippi compare to the minimum wage?
25      A.   Minimum wage is 15,080.  You can look at

1   study population was making less than 84 cents for
2   every dollar of the U.S. median wage. So I reduce
3   it by 84 percent for that and then a further 84
4   percent for Mississippi.
5        Q.   And that study population that you're
6   referring to is convicted persons who have been
7   released from prison?
8        A.   Ex-offenders.
9        Q.   Ex-offenders. Do people with a sixth-grade
10  education usually earn 84 percent of the median
11  income?
12       A.   Let me give you a story. I'm an academic.
13       Q.   I mean, if you could, just -- if you
14  could answer --
15       A.   That's an answer.
16       Q.   -- yes or no and then --
17       A.   It's an answer.
18       Q.   Okay.
19       A.   I'm an academic. We talk a lot in the
20  faculty lounge, and the thing we always say is that
21  "A" student is a wonderful blessing to an academic,
22  but you better be nice to that "C" student who just
23  barely gets by because he's going to endow that
24  professorship that funds your future income.
25            People with low education generally tend

1  up being the highest earners because they're the
2  entrepreneurs in life. You can't make the statement
3  that a person with a low education will never make
4  much money. Most of them probably don't but an awful
5  lot of them make very -- a lot of money.
6      Q.   I understand that. I'm talking about
7  statistically, probabilities.
8      A.   Oh.
9      Q.   I think you said most of them do not make
10 a lot of money.
11     A.   No.
12     Q.   So would it be correct that most
13 sixth-grade educated persons don't earn as much as
14 84 percent of the median income?
15          MR. BRAGG:  Object to the form.
16     A.   I haven't seen any statistics to that
17 effect. I would not be able to answer that.
18 BY MR. CHASE:
19     Q.   Do you know whether most people with a
20 sixth-grade education usually have jobs that pay more
21 than the minimum wage?
22          MR. BRAGG:  Object to the form.
23     A.   I have seen no statistics on that. I can't
24 answer that.
25 BY MR. CHASE:

1    Q.    You have seen statistics?

2    A.    I have not seen any statistics on that.

3    Q.    Oh, you have not.

4    A.    I can't answer that question.

5    Q.    And this, by the way, so for
6  clarification, what we've been referring to as the
7  report is the report that was produced as your report
8  in this litigation.  Correct?

9    A.    Yes.  That's correct.

10   Q.    And I'm not going to make that an exhibit
11 I think since we know what it is.

12         All right.  Now, the wage earning
13 calculation presumes that Jeremy Russell would have
14 been willing to work -- correct? -- as much as the
15 average person?

16   A.    This is a report about a life that won't
17 be lived.  It, therefore, has to create a scenario
18 about what the economic aspects of that life that
19 will not be lived would be.  It's not -- it is not a
20 scenario which describes Jeremy Russell as a
21 particular person who would have done these particular
22 things.  It's about what a typical person who is an
23 ex-offender would probably have done.

24   Q.    So it doesn't take into consideration his
25 work history?

1   A.   No.

2   Q.   Did you note in Ms. Russell's deposition
3 testimony that you reviewed that during the time he
4 was released from prison in 2019 and reincarcerated
5 in 2021, during that several month period of time he
6 worked a total of two months?

7        MR. BRAGG:  Object to the form.
8 BY MR. CHASE:

9   Q.   Did you recall seeing that in her
10 deposition?

11  A.   Vaguely, yes.

12  Q.   But since you're doing on statistically
13 and the typical person, that does not factor into
14 your report?

15  A.   No.

16  Q.   But that would be less than 58 percent of
17 the average time?

18  A.   What?

19  Q.   That would be less -- two months out of
20 those months that he was out of prison would be less
21 than 58 percent of the time available for work.
22 Would you agree?

23  A.   By the Prison Policy Report, he shouldn't
24 be employed at all for six months.

25  Q.   Okay.  The next thing I want to ask you

1  about was the amount you allocated or stated for
2  entitlement benefits. And I just need to clarify and
3  make sure we're on the same page, and I understand
4  what you're talking about there. You're talking
5  about -- you mentioned Social Security payroll taxes.
6  Correct?
7       A.   Uh-huh.
8       Q.   And then payroll taxes are things that the
9  employer would pay for workers' compensation that
10 they would be required to pay by law.
11      A.   The only payroll tax I'm familiar with is
12 the income tax. Are you speaking of others?
13      Q.   Well, what the employee pays in Social
14 Security would be a payroll tax. Correct?
15      A.   Huh-uh. Not a tax. Benefit.
16      Q.   I'm sorry?
17      A.   It's a benefit.
18      Q.   You're saying what the employer pays to
19 Social Security based on what the worker has earned
20 is not a tax?
21      A.   No.
22      Q.   It's not a tax?
23      A.   I mean, I'm not saying -- I'm saying it's
24 not a tax, yes.
25      Q.   Not a tax for the employer?

1      A.    Not a tax, period.  A tax -- well, to answer
2  your question, it's not a tax.
3      Q.    All right.  My understanding of a tax would
4  be something you have to pay because the government
5  forces you to.  Would that be the situation with the
6  Social Security taxes, workers' compensation taxes,
7  and unemployment payments?
8      A.    The government forced me to pay into PERS.
9  Was that a tax?  No.  It was a benefit.
10     Q.    But that was you.  But your employer also
11 paid into PERS.  Correct?
12     A.    The government forced my employer to pay
13 into PERS.  That was not a tax.  That was a benefit
14 for me.
15     Q.    So it is not something -- the Social
16 Security payments that the employer makes to the
17 government, the worker does not receive that.  Correct?
18     A.    It not only goes to him, it's named for
19 him in the Social Security system.  It's put into a
20 trust fund with his name on it.
21     Q.    What do they do with the trust fund?  They
22 pull money out of the trust fund and spend it on
23 other things and put an IOU in its place, don't they?
24     A.    Well, I put money in Fidelity for an annuity.
25 They then take that money and buy government bonds