Angela Russell, et al.
v.
Management & Training Corporation, et al.

---

Angela Russell
June 13, 2023

---

***Brown Court Reporting & Litigation Support***
***4780 I-55 North, Suite 100***
***Jackson, MS 39211***
***julie@browncourtreporting.com***
***(601) 203-0071 phone | (601) 709-4611 fax***





EXHIBIT 3

1  anything. He just went there until his court date.
2      Q.   All right. We asked you about Jeremy's
3  employment history. You said that he worked for
4  Little Caesars Pizza for a week in July 2020. Do
5  you recall what the circumstances of that were?
6      A.   Yes. He worked there. He was just making
7  boxes. And if they needed someone to help with
8  pizzas he would do that. But according to the
9  supervisor at that time that he was too slow in
10 making the boxes, so he was released.
11     Q.   All right. Then he worked for JBD Hotels
12 Lakewood, Inc., in Southaven during 2020.
13     A.   No. For the -- he worked at the hotel I
14 work at at Quality Inn in Batesville, Mississippi,
15 but JBD Hotels Management, that's the name of the
16 company in Southaven.
17     Q.   I understand. So you gave him that job?
18     A.   I did. Well, the company did. I was
19 just....
20     Q.   You hired him, though. You made the
21 hiring decision?
22     A.   Yes.
23     Q.   And then we asked you about disability
24 benefits and you said that he received one disability
25 check in June 2020. Can you explain how all that

1  Q. Would that be before or after Jeremy went
2  to MDOC custody?
3  A. It had to be in 2020. Just about
4  everything really took place in 2020.
5  Q. All right. 13?
6  A. It's the same. Jeremy and my son Jayden
7  at my stepfather's grave site.
8  Q. All right. Number 14?
9  A. That's when Jeremy was working with me at
10 Quality Inn Hotel, and that's in 2020 in April.
11 Q. Did you tell me how long he worked for you
12 there at the Quality Inn?
13 A. He only worked there for two months.
14 Q. All right. Number 15?
15 A. That's Jeremy again there at Quality Inn.
16 And that's Jamie, the maintenance guy. That's in
17 2020.
18 Q. What's his last name?
19 A. Jamie Wright.
20 Q. Is he still there?
21 A. No.
22 Q. Does he still live in the area?
23 A. I don't know where he stays.
24 Q. All right. Number 16?
25 A. That's Jeremy. We went to -- we were in