# Drill Down Detail Report
## RUSSELL, JEREMY T. - 10/07/2021 12:46

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | Admiting that a cell phone found on offender J.Haley #188369 belonged to him | 07/20/2018 09:39:00 | KITTRELL, APRIL |
| Administrative Move | SMCI, SMCI 1, BLD 08, ZONE B, BED T311U | 07/24/2018 10:40:00 | JOHNSON, JACLYNN SHERRI |
| Administrative Move | SMCI, SMCI 2, BLD A1, ZONE B, BED 0117 | 07/25/2018 18:00:00 | HOLLOWAY, ARNISSA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 206L | 08/31/2018 13:50:00 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 103L | 12/03/2018 14:16:00 | PERKINS, ERIKA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 113L | 12/18/2018 17:40:00 | DAY, VICTORIA |
| Incident | B-114 - Tramell Warren #175892 (GANGSTER DISCIPLE) aka Too Tall, Jamal Williams #185680 - homemade alcohol, some burgundy and white wire, broken pieces of the sink, and the pipe from the sink :  Discovered by:  Captain Justin Green | 02/07/2019 08:39:00 | PERKINS, ERIKA |

B-113 - Jeremy Russ

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | On February 7, 2019 at approximately 0839 hrs., Staff were conducting random shakedowns on B-pod.  Listed below are the Offenders, cell numbers, and contraband items discovered inside the cell or on their persons: | 02/07/2019 08:39:00 | PERKINS, ERIKA |

B-pod

B-209 - Warren Draper #2044

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | VIOLATED RULE # C7 BY HAVING A 8 1/2 INCH SHARPENED INSTRUMENT KNIFE | 02/07/2019 09:30:00 | JONES, JERAMIE |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD B, BED 103L | 03/08/2019 19:30:00 | BURDEN, LATOYA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD C, BED 108L | 03/10/2019 09:00:00 | SCOTT, ELLA |
| Incident | On March 10, 2019 at approximately 1943hrs Sergeant Linda Smith called code black On Charlie Pod due to she observed offenders Lucus Casteel #183949 and Jeremy Russel #201802 fighting inside Charlie cell 108. Sergeant Travis Blanton responded in give both | 03/10/2019 19:43:00 | JENKINS, DRUCILLA |
| Incident | VIOLATD RULE # B8 BY FIGHTING | 03/10/2019 19:43:00 | JONES, JERAMIE |
| Administrative Move | WILKINSON CCF, WCCF BUILDING F, POD P, BED 207U | 03/10/2019 23:10:00 | JENKINS, DRUCILLA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING F, POD P, BED 207L | 03/11/2019 19:30:00 | BURDEN, LATOYA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD C, BED 110L | 03/12/2019 19:30:00 | BURDEN, LATOYA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING G, POD W, BED 111U | 03/16/2019 20:11:00 | GROOM, MARY |
| Administrative Move | WILKINSON CCF, WCCF BUILDING D, POD A, BED 106U | 03/18/2019 03:00:00 | BURDEN, LATOYA |
| Incident | VIOLATED RULE # B17 BY TESTING POSITIVE FOR THC | 03/18/2019 14:35:00 | JONES, JERAMIE |
| Administrative Move | WILKINSON CCF, WCCF BUILDING E, POD F, BED 206U | 03/22/2019 17:33:00 | DAY, VICTORIA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING E, POD F, BED 202U | 03/28/2019 12:17:00 | PERKINS, ERIKA |
| Administrative Move | WILKINSON CCF, WCCF BUILDING A, BED 103L | 04/01/2019 10:14:00 | DAY, VICTORIA |
| Administrative Move | EAST MISS. CCF | 04/10/2019 15:53:00 | ARBUTHNOT, TRACY |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0512 | 04/10/2019 20:54:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 3, POD C, BED 206L | 05/01/2019 16:29:00 | BENTON, LYNETTE M |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 5, POD B, BED 106L | 05/06/2019 08:07:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0512 | 05/06/2019 14:58:00 | JENKINS, TIJUANA R |

Page 2 continued on Page 3

EXHIBIT 2

MTC 000009

# Drill Down Detail Report
## RUSSELL, JEREMY T. - 10/07/2021 12:46

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Administrative Move | EAST MISS. CCF, EMCF CAMP SUPPORT, BED 554L | 05/09/2019 15:32:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0512 | 05/20/2019 14:49:00 | JENKINS, TIJUANA R |
| Incident | On May 21, 2019 at approximately 1214 hrs., medical Officer K. Jenkins advised Captain Wren offender Jeremy Russell #201802, (who had been brought to the medical department because of self-harm), was inside of medical cell 512 banging his head against the | 05/21/2019 12:14:00 | MCNAMEE, JAMES |
| Expirtn Sent | CLOSED RECORD, CLOSED RECORD | 05/22/2019 09:11:00 | BENNAMON, STACY C |
| Release | Expiration Of Sentence | 05/22/2019 09:16:00 | WASHINGTON, JO DENISE |
| Booking | # C | 03/09/2021 11:10:00 | WHITE, TRUNSHEDDA |
| Prob Rev Tech | NORTH MISSISSIPPI COUNTY JAIL, PANOLA CJ | 03/09/2021 11:11:00 | WHITE, TRUNSHEDDA |
| Prob Rev Tech | CMCF, CMCF QB, BLD B, ZONE C, BED 0079 | 04/14/2021 13:58:00 | HOWELL, TRACY |
| Administrative Move - Medical | CMCF, CMCF R & C TRANSIENT, ZONE L, BED 0228 | 04/29/2021 00:34:00 | WELCH, GEORGE S |
| No Movement Reason Found | CMCF, CMCF QB, BLD C, ZONE C, BED 0006 | 04/30/2021 20:15:00 | SPARKS, JAMARIUS J |
| Administrative Move | CMCF, CMCF QB, BLD B, ZONE C, BED 0048 | 05/20/2021 00:00:00 | MCELROY, MORRIAH |
| Incident | OFFENDER VIOALTED RULE #C7 HAVING A METAL SHARPENED OBJECT (SHANK) | 05/24/2021 16:40:00 | REID, KATRINA |
| Incident | On 5/30/21 I Capt. Angela Gipson was informed by Capt. Yvonne Epps of an incident that happen on 5/29/21 at approx. 1706 hours, involving officer Idowu Adewale and offender Jeremy Russell #201802 at QB B north. I was advised that Officer Adewale alleged! | 05/29/2021 17:06:00 | GIPSON, ANGELA |
| Incident | On Tuesday June 1, 2021 at approximately 1724 hours I Lt. Gerlisa Rodriguez was giving a directive to place Offender Jeremy T. Russell MDOC#201802 at R/C by Deputy Warden Shelia Parks Pending Investigation for Protective Custody because she was giving thi | 06/01/2021 17:24:00 | RODRIGUEZ, GERLISA |
| Administrative Move | CMCF, CMCF R&C, ZONE C, BED 053B | 06/01/2021 23:00:00 | WREN, ALMA E |
| No Movement Reason Found | CMCF, CMCF R & C TRANSIENT, ZONE L, BED 0227 | 06/05/2021 18:37:00 | RODRIGUEZ, GERLISA |
| ADM Seg - Pda | CMCF, CMCF R & C TRANSIENT, ZONE L, BED 0227 | 06/06/2021 10:05:00 | WASHINGTON, TANESHA |
| ADM Seg - PI | CMCF, CMCF R & C TRANSIENT, ZONE L, BED 0227 | 06/06/2021 10:05:00 | WASHINGTON, TANESHA |
| Administrative Move | CMCF, CMCF R&C, ZONE I, BED 0164 | 06/11/2021 00:00:00 | MCELROY, MORRIAH |
| Administrative Move | NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD, MERIT HEALTH CENTRAL | 06/21/2021 21:11:00 | JOHNSON, ANGEL |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE B, BED 0006 | 07/22/2021 18:27:00 | BRANCH, CAROL |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE A, BED 0009T | 08/03/2021 12:30:00 | BONE, DENISE |
| Administrative Move | YAZOO CCF | 08/05/2021 14:45:00 | HOWELL, TRACY |
| Administrative Move | YAZOO CCF, YAZOO CCF D ZONE, BED D021 | 08/05/2021 15:15:00 | COX, SHERRY |
| IN Transit | CMCF | 08/18/2021 08:50:00 | WILLIAMS, LARANCE M |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE A, BED 0073T | 08/18/2021 14:26:00 | WASHINGTON, TANESHA |
| Incident | On the above date at approximately 1100 hundred hours, I, Officer Mark Ross was called to B-1 building by Officer Michael Johnson because Offender Russell, Jeremy #201802 did not want to go back in his housing unit. I Officer Mark Ross gave the Offender f | 09/05/2021 00:00:00 | ROBINSON, VIRNA |
| Administrative Move | CMCF, CMCF 720, BLD A, ZONE A, BED 0007T | 09/05/2021 11:02:00 | ROBINSON, VIRNA |

Page 3 continued on Page 4

MTC 000010

## Drill Down Detail Report
## RUSSELL, JEREMY T. - 10/07/2021 12:46

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Incident | OFFENDER VIOLATED RULE #B16 REFUSING TO GO BACK TO HIS RACK WHEN INSTRUCTED TO THEREFORE HE BECAME DISRUPTIVE AND COMBATIVE. | 09/05/2021 11:17:00 | REID, KATRINA |
| Incident | offender vioalted rule #b3 disobeying a direct order about going back to his housing unit | 09/05/2021 12:51:00 | REID, KATRINA |
| Incident | OFFENDER VIOALTED RULE #B8 CHARGING AT STAFF MEMBER OFFICER ROSS | 09/05/2021 13:02:00 | REID, KATRINA |
| Incident | OFFENDER VIOALTED RULE #30 DAYS LOSS OF ALL PRIVILEGES | 09/07/2021 22:33:00 | REID, KATRINA |
| Administrative Move | CMCF, CMCF 720, BLD B, ZONE A, BED 0011T | 09/09/2021 11:42:00 | ROBINSON, LINDA MARIE |
| Administrative Move | CMCF, CMCF 720, BLD A, ZONE A, BED 0007T | 09/09/2021 12:34:00 | BONE, DENISE |
| Administrative Move - Medical | CMCF, CMCF 720 CLINIC, BED 0003 | 09/11/2021 05:42:00 | WELCH, GEORGE S |
| IN Transit | EAST MISS. CCF | 09/28/2021 09:06:00 | ARCHIE, BRITNEY C |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0521 | 09/28/2021 12:37:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF UNIT 3, POD A, BED 209L | 09/30/2021 11:23:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF MEDICAL, BED 0514 | 10/04/2021 10:15:00 | JENKINS, TIJUANA R |
| Administrative Move | EAST MISS. CCF, EMCF CAMP SUPPORT, BED 560L | 10/05/2021 13:36:00 | JENKINS, TIJUANA R |
| Death-UNK Cause | CLOSED RECORD, CLOSED RECORD | 10/07/2021 12:20:00 | BENNAMON, STACY C |

MTC 000011