EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANGELA RUSSELL, as Administratrix　　　　　　　　　　　　　PLAINTIFF
of the Estate of Jeremy T. Russell, and
on Behalf of the Wrongful Death
Beneficiaries of Jeremy T. Russell

v.　　　　　　　　　　　　　　CIVIL ACTION NO. 3:22-CV-294-HTW-LGI

MANAGEMENT & TRAINING CORPORATION;
JOHN AND JANE DOE CORRECTIONAL OFFICERS;
VITALCORE HEALTH STRATEGIES, LLC; EVELYN
DUNN; STACEY KITCHES; WILLIAM BRAZIER; and
JOHN AND JANE DOE MEDICAL PROVIDERS　　　　　　　　DEFENDANTS

**AFFIDAVIT OF DONALD JACKSON**

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

Before me, the undersigned authority, personally appeared Donald Jackson, who being by me first duly sworn, did depose and declare under oath as follows:

1. My name is Donald Jackson. I am over the age of twenty-one years and a resident of Lauderdale County, Mississippi. I have personal knowledge of the facts in this Affidavit.

2. I am employed with Management & Training Corporation ("MTC") in the position of Warden at East Mississippi Correctional Facility ("EMCF"). I provide this affidavit solely in my professional capacity.

3. Pursuant to my employment with the MTC, I am familiar with the contracts governing MTC's operation of the EMCF. I am further familiar with the roles,

responsibilities, duties, and obligations of MTC under these contracts with respect to EMCF.

4. MTC's roles, responsibilities, duties and obligations at EMCF are clearly delineated and set forth in the contracts governing MTC's operation of EMCF. Such contracts do not delegate any responsibility for medical, mental health, pharmaceutical or similar healthcare services at EMCF to MTC.

5. The contracts governing MTC's operation of EMCF do not require or allow MTC to (i) provide medical or mental health services at EMCF, (ii) employ or contract with any physicians, nurses, health services administrators, or other trained medical or mental health professionals at EMCF, (iii) fund any medical or mental health services at EMCF, or (iv) control, employ, train, supervise, direct or otherwise have any authority over VitalCore and/or its employees.

6. In that regard, MTC does not employ or contract with any physicians, nurses, health services administrators, or other trained medical or mental health professionals providing medical or mental health services to inmates at EMCF.

7. MTC and its personnel have no involvement in making medical or mental health diagnoses, deciding the course of medical or mental health treatment, placing inmates on or discharging inmates from suicide watch, prescribing medication or other forms of treatment, or rendering medical or mental health treatment for inmates housed at EMCF.

8. MTC does not fund any medical or mental health treatments provided to inmates at EMCF.

9. MTC does not control, employ, train, supervise, direct or otherwise have authority over VitalCore and/or its employees with respect to the provision of medical and mental health services to inmates at EMCF.

10. MTC does not require or expect VitalCore to follow any MTC company policies or procedures with respect to the provision of medical or mental health services to the inmates at EMCF.

FURTHER AFFIANT SAITH NOT.

DATED this 10th day of August, 2023.

_____
DONALD JACKSON

SWORN TO and subscribed before me this the 10th day August, 2023.

_____
Notary Public

My Commission Expires: September 24, 2024

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 68396
MARIE B. GRADY
Commission Expires
Sept. 24, 2024
LAUDERDALE COUNTY

3