```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION



ANGELA RUSSELL, AS ADMINISTRATRIX
OF THE ESTATE OF JEREMY T. RUSSELL
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JEREMY T. RUSSELL
         Plaintiffs,

VERSUS                        CASE NO. 3:22-CV-294-HTW-LGI

MANAGEMENT & TRAINING CORPORATION;
MICHAEL MCCLINTON; MARCUS ROBINSON;
JACOB VIGILANTE; JOHN AND JANE DOE
CORRECTIONAL OFFICERS; VITALCORE
HEALTH STRATEGIES, LLC; EVELYN DUNN;
STACEY KITCHENS; WILLIAM BRAZIER; and
JOHN AND JANE DOE MEDICAL PROVIDERS
         Defendants.



******************************************************
    ZOOM VIDEOCONFERENCE 30(b)(6) DEPOSITION OF
          MANAGEMENT & TRAINING CORPORATION
    BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,
                WARDEN DONALD JACKSON
******************************************************



                APPEARANCES NOTED HEREIN

                DATE:  JULY 7, 2023
                TIME:  10:59 A.M.



REPORTED BY:

     Laura Cross, CCR #1691
     Court Reporter and Notary Public
```

Page 2

```
 1  APPEARANCES:
 2
 3      GRAFTON E. BRAGG, ESQUIRE
        Bragg Law, PLLC
 4      Suite 3A-120
        Ridgeland, Mississippi  39157
 5      Telephone:  (601) 624-1153
        grafton@graftonbragglaw.com
 6          ATTORNEY FOR PLAINTIFF
 7
 8      MICHAEL E. CHASE, ESQUIRE
        Mitchell, McNutt & Sams, PA
 9      105 South Front Street
        Tupelo, Mississippi  38804-4869
10      Post Office Box 7120
        Tupelo, Mississippi  38802-7120
11      Telephone:  (662) 842-3871
        Fax:  (662) 842-8450
12      mchase@mitchellmcnutt.com
            ATTORNEY FOR VITALCORE HEALTH
13          STRATEGIES, LLC; EVELYN DUNN; STACEY
            KITCHENS AND WILLIAM BRAZIER
14
15
        R. JARRAD GARNER, ESQUIRE
16      Adams and Reese, LLP
        1018 Highland Colony Parkway
17      Suite 800
        Ridgeland, Mississippi  39157
18      Telephone:  (601) 292-0701
        Fax:  (601) 355-9708
19      jarrad.garner@arlaw.com
            ATTORNEY FOR MANAGEMENT & TRAINING
20          CORPORATION; MICHAEL MCCLINTON; MARCUS
            ROBINSON; AND JACOB VIGLIANTE
21
22
23  ALSO PRESENT:
24      Dan Magee, Legal Video Technician
25
```

Page 3

```
 1          T-A-B-L-E O-F C-O-N-T-E-N-T-S
 2  Examination By:                          Page
 3      Mr. Bragg                              4
        Mr. Chase                             42
 4
    Exhibits:
 5
        Exhibit 1, Exhibit 1 to 30(b)(6)
 6       Notice of Management & Training
         Corporation                           8
 7
        Exhibit 2, Daily roster sheets        13
 8
        Exhibit 3, Officer pay rate
 9       documents                            16
10      Exhibit 4, Suicide prevention
         policy                               35
11
    Witness Signature Sheet                   45
12
    Certificate of Court Reporter             46
13
```

Page 4

 1  THE VIDEOGRAPHER:
 2      Good morning.  This is the videotaped
 3  deposition of Management & Training Corporation
 4  taken by counsel in the matter of Angela Russell,
 5  et al., vs. Management & Training Corporation, et
 6  al.  Today's date is July 7, 2023.  The time now
 7  is 10:58 a.m. Counsel may now introduce themselves
 8  on record.
 9  MR. BRAGG:
10      Grafton Bragg.  I represent Angela
11  Russell and the wrongful death beneficiaries and
12  estate beneficiaries of Jeremy Russell.
13  MR. GARNER:
14      Jarrad Garner.  I represent MTC and its
15  individually named employee defendants.
16  THE VIDEOGRAPHER:
17      The court reporter may now swear in --
18  excuse me.
19  MR. CHASE:
20      Michael Chase representing VitalCore,
21  Evelyn Dunn, Stacey Kitchens and William Brazier.
22  THE VIDEOGRAPHER:
23      The court reporter may now swear in the
24  witness.
25      WARDEN DONALD JACKSON

Page 5

 1  having been first duly sworn, was
 2  examined and testified as follows:
 3          EXAMINATION
 4  BY MR. BRAGG:
 5   Q.  All right.  Please state your name for
 6  the record.
 7   A.  Donald Ray Jackson, Sr.
 8   Q.  All right.  Do you mind if I call you
 9  Warden Jackson?
10   A.  You can call me Warden or Donald,
11  either one, whichever you are comfortable with.
12   Q.  Okay.  Sounds good.  My name is Grafton
13  Bragg.  As I said before, I represent Angela
14  Russell who is the representative on behalf of the
15  wrongful death beneficiaries and estate
16  beneficiaries for Jeremy Russell.  And I'm sure
17  that you are familiar with the litigation that
18  gives rise to this deposition.
19   A.  Yes.
20   Q.  Okay.  Have you ever given testimony on
21  behalf of a company before?
22   A.  Yes.
23   Q.  Okay.  So you've given a 30(b)(6)
24  deposition like we're here doing today?
25   A.  Yes.

Page 30

1   We now have VitalCore.
2   Q.   Okay.  And before VitalCore it was
3   Centurion; is that correct?
4   A.   Again, I'm not sure.  I don't want to
5   say Centurion because I don't know who it was.
6   Q.   All right.  I want to show you another
7   document.
8   A.   Okay.
9   MR. BRAGG:
10       Oh, sorry.  Let's go off the record for
11  just a second.
12  THE VIDEOGRAPHER:
13       Off the record.  The time now is 12:19
14  p.m.
15       (Off the record.)
16  THE VIDEOGRAPHER:
17       Back on the record.  The time now is
18  12:20 p.m.
19  BY MR. BRAGG:
20  Q.   All right.  Warden Jackson, have you
21  reviewed the affirmative defenses that MTC filed
22  in this case to the complaint?
23  A.   Yeah.  I looked at it, yes.
24  Q.   Okay.  The 24th defense says -- and
25  I'll quote a portion of it -- that MTC would show

Page 31

1   that the acts or omissions of others for whom it
2   has no responsibility or liability are the sole
3   proximate or contributing cause of plaintiff's
4   injuries and/or damages, if any, and that a jury
5   must be allowed to assess the proportionate share
6   of fault to those parties and/or participants.
7   And I want to ask you specifically about that
8   defense.  Does MTC take the position that
9   VitalCore or any of VitalCore's employees is
10  responsible for the death of Jeremy Russell?
11  MR. GARNER:
12       Hold on, Warden Jackson.
13  THE WITNESS:
14       Yes, sir.
15  MR. GARNER:
16       I'm going to object to the form and
17  also object to the extent that calls for a legal
18  conclusion or requires expert testimony.  But to
19  that extent he can answer if he knows.
20  BY MR. BRAGG:
21  Q.   Okay.  You may answer the question.
22  A.   Okay.  It is VitalCore, not MTC.  And I
23  would refer to the expert witness on his written
24  review of the outcome of his report.
25  Q.   And you're talking about Dr. Mark Webb

Page 32

1   who has given an opinion about VitalCore's
2   responsibility?
3   MR. GARNER:
4        Our expert witness.
5   A.   I think his name is Mr. Langford.
6   BY MR. BRAGG:
7   Q.   Okay.  And he is not a medical expert;
8   is that correct?
9   A.   Right.
10  Q.   So do I understand that MTC is taking
11  the position that this was a health care issue,
12  not a security issue that led to Jeremy Russell's
13  death?
14  MR. GARNER:
15       Object to the form of the question.
16  A.   Right.  It was a health care issue.  It
17  wasn't our -- we don't make the decision if a
18  person's on suicide to take them off suicide.
19  That's all done through VitalCore.
20  BY MR. BRAGG:
21  Q.   All right.  Does Management Training
22  Corporation, not just at East Mississippi, but at
23  large, have a suicide prevention policy?
24  MR. GARNER:
25       Object to the form.

Page 33

1   A.   Yes.
2   BY MR. BRAGG:
3   Q.   What sorts of facilities does that
4   policy apply to?
5   A.   It's applied to all of the MTC
6   facilities.  But with us, we actually go over the
7   one with MDOC, as well.
8   MR. BRAGG:
9        All right.  I want to see if this
10  document will pull up.  All right.  Let's go off
11  the record.
12  THE VIDEOGRAPHER:
13       Off the record.  The time now is 12:23
14  p.m.
15       (Off the record.)
16  THE VIDEOGRAPHER:
17       Back on the record.  The time now is
18  12:27 p.m.
19  BY MR. BRAGG:
20  Q.   All right.  And so what is this
21  document?
22  A.   East Mississippi Suicide Precaution,
23  Intervention and Management.
24  Q.   And according to the top here it says
25  it was effective on October 22nd, 2014; is that