**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANGELA RUSSELL, AS ADMINISTRATRIX
OF THE ESTATE OF JEREMY T. RUSSELL
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JEREMY T. RUSSELL         PLAINTIFF

VS.                     CASE NO. 3:22-cv-294-HTW-LGI

MANAGEMENT & TRAINING CORPORATION;
MICHAEL MCCLINTON; ASHLEY RAY;
MARCUS ROBINSON; ROXIE WALLACE;
JACOB VIGLIANTE; JOHN AND JANE DOE
CORRECTIONAL OFFICERS;
VITALCORE HEALTH STRATEGIES, LLC;
EVELYN DUNN; STACEY KITCHENS;
WILLIAM BRAZIER; and
JOHN AND JANE DOE MEDICAL PROVIDERS        DEFENDANTS


DEPOSITION OF ROXIE WALLACE

taken on Wednesday, January 11, 2023,
commencing at approximately 1:50 P.M.
at East Mississippi Correctional Facility
10641 Highway 80 West
Meridian, Mississippi


*****CONFIDENTIAL*****


REPORTED BY:  CYNTHIA HARRIS, RPR, CCR #1828
             SOUTHERN STENO REPORTERS
             3541 Highway 13 South
             Morton, MS 39117
             601-507-0849
             cynthiaharr@att.net

CONFIDENTIAL

```
 1                        APPEARANCES
 2
 3   GRAFTON E. BRAGG, ESQ.
     grafton@graftonbragglaw.com
 4   BRAGGLAW, PLLC
     1060 East County Line Road, Suite 3A-120
 5   Ridgeland MS 39157
     COUNSEL FOR PLAINTIFF
 6
 7
 8   R. JARRAD GARNER, ESQ.
     jarrad.garner@arlaw.com
 9   RAY A. YOUNG, JR., ESQ. (VIA ZOOM)
     ADAMS AND REESE, LLP
10   300 Renaissance
     1018 Highland Colony Parkway, Suite 800
11   Ridgeland, MS 39157
     COUNSEL FOR MANAGEMENT & TRAINING CORPORATION,
12   MICHAEL MCCLINTON, ASHLEY RAY, AND MARCUS ROBINSON
13
14
15   MICHAEL D. CHASE, ESQ. (VIA ZOOM)
     mchase@mitchellmcnutt.com
16   MITCHELL, MCNUTT & SAMS
     105 South Front Street
17   Tupelo, MS 38804
     COUNSEL FOR VITALCORE HEALTH STRATEGIES, LLC;
18   EVELYN DUNN; STACEY KITCHENS; AND WILLIAM BRAZIER
19
20
21   ALSO APPEARING VIA ZOOM:   JAMISON WILKINSON
22
23
24
25
```

CONFIDENTIAL                                          Page 14

```
 1        A.   Yeah, McClinton --
 2        Q.   So let's go back to the beginning.  You said
 3   you did check on him at some point; is that right?
 4   You checked on Jeremy?
 5        A.   Yeah, I checked on him.
 6        Q.   And he seemed fine?
 7        A.   Everybody seemed fine.
 8        Q.   Did he say anything to you?
 9        A.   Excuse me?
10        Q.   Do you recall him saying anything to you?
11        A.   I don't remember at this time.
12        Q.   Do you remember about what time that was?
13        A.   No, I do not.
14        Q.   Do you remember what time you were called to
15   go on transport?
16        A.   No, sir.
17        Q.   Okay.  Why were you called to go on transport?
18        A.   Shift commander said she didn't have anybody,
19   so she was sending Sergeant Robinson over there to
20   relieve me to go on transport.
21        Q.   Shift commander was Ashley Ray?
22        A.   What her name?  Angela Ray or whatever --
23        Q.   It was Lieutenant Ray.
24        A.   Yeah, Angela Ray, I believe.
25        Q.   I believe it was Ashley Ray, but Ray.  We can
```

CONFIDENTIAL

1   was going to have to speak with you today.
2              MR. GARNER:  That part's fine.
3   BY MR. BRAGG:
4       Q.   Did you ever have a conversation with Sergeant
5   Robinson about what happened?
6       A.   Well, me and Sergeant Robinson -- like I said,
7   Sergeant Robinson -- I really -- like I said, once I
8   left, I don't know what happened after Sergeant
9   Robinson came over there.  Only thing I know, I was
10  gone on transport.
11      Q.   Was it your understanding that Sergeant
12  Robinson was coming to take your posting?
13      A.   I waited until he got there before I leave.
14  Because I had called -- told McClinton that Captain
15  Ray wanted me to go on transport, and I'm not fixing
16  to leave out of here until I'm properly relieved -
17  until somebody get in there.  I waited until he got in
18  there.
19      Q.   Because it would have been wrong to leave camp
20  support unmanned?
21      A.   Right, that's it.
22      Q.   And at that time, before Sergeant Robinson got
23  there, you were the only person there in camp support?
24      A.   Yeah, I was on the post.
25      Q.   And there's really supposed to be two people