MICHAEL MCCLINTON

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EXHIBIT 14

ANGELA RUSSELL, AS ADMINISTRATRIX
OF THE ESTATE OF JEREMY T. RUSSELL
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JEREMY T. RUSSELL          PLAINTIFF

VS.                          CASE NO. 3:22-cv-294-HTW-LGI

MANAGEMENT & TRAINING CORPORATION;
MICHAEL MCCLINTON; ASHLEY RAY;
MARCUS ROBINSON; ROXIE WALLACE;
JACOB VIGLIANTE; JOHN AND JANE DOE
CORRECTIONAL OFFICERS;
VITALCORE HEALTH STRATEGIES, LLC;
EVELYN DUNN; STACEY KITCHENS;
WILLIAM BRAZIER; and
JOHN AND JANE DOE MEDICAL PROVIDERS          DEFENDANTS

DEPOSITION OF MICHAEL MCCLINTON

taken on Wednesday, January 11, 2023,
commencing at approximately 9:23 A.M.
at East Mississippi Correctional Facility
10641 Highway 80 West
Meridian, Mississippi

*****CONFIDENTIAL*****

REPORTED BY:  CYNTHIA HARRIS, RPR, CCR #1828
SOUTHERN STENO REPORTERS
3541 Highway 13 South
Morton, MS 39117
601-507-0849
cynthiaharr@att.net

CONFIDENTIAL

```
 1                       APPEARANCES

 2

 3   GRAFTON E. BRAGG, ESQ.
     grafton@graftonbragglaw.com
 4   BRAGGLAW, PLLC
     1060 East County Line Road, Suite 3A-120
 5   Ridgeland MS 39157
     COUNSEL FOR PLAINTIFF
 6

 7

 8   R. JARRAD GARNER, ESQ.
     jarrad.garner@arlaw.com
 9   RAY A. YOUNG, JR., ESQ. (VIA ZOOM)
     ADAMS AND REESE, LLP
10   300 Renaissance
     1018 Highland Colony Parkway, Suite 800
11   Ridgeland, MS 39157
     COUNSEL FOR MANAGEMENT & TRAINING CORPORATION,
12   MICHAEL MCCLINTON, ASHLEY RAY, AND MARCUS ROBINSON

13

14

15   MICHAEL D. CHASE, ESQ. (VIA ZOOM)
     mchase@mitchellmcnutt.com
16   MITCHELL, MCNUTT & SAMS
     105 South Front Street
17   Tupelo, MS 38804
     COUNSEL FOR VITALCORE HEALTH STRATEGIES, LLC;
18   EVELYN DUNN; STACEY KITCHENS; AND WILLIAM BRAZIER

19

20

21

22   ALSO PRESENT VIA ZOOM:  JAMISON WILKINSON

23

24

25
```

MICHAEL MCCLINTON

CONFIDENTIAL

Page 31

1   say "control," that's the person that works the

2   picket.  That means you're in the higher spot; you're

3   looking down.  It gives you a better view of what you

4   could see.

5        But in camp 7 - because it's an acute unit, it's

6   only like 14, 15 cells there - that person's down low.

7   Everybody's there.

8        And camp 7 was originally designed for -- let's

9   say if COVID had came around, if medical became

10  overran with COVID inmates, housing unit 7 would give

11  them the ability to house 15 inmates.

12       Q.   Understood.  With control, that's somebody who

13  is watching the video camera?

14       A.   No.  That's someone that's watching the

15  officer walk around.  He's the eye -- let's say if the

16  officer's walking around and the officer's making his

17  rounds and another inmate somehow pops out of his door

18  and run over there and grab him, if I'm over here

19  looking this way, that person going to say, "Hey,

20  watch your back.  Watch your back.  Hey, guy in 512 is

21  out.  Turn around.  Turn around."  So that's your

22  eyes.

23       Q.   So that control position actually has direct

24  eyes on the camp support housing unit?

25       A.   Yes, sir.

MICHAEL MCCLINTON

CONFIDENTIAL

Page 32

1    Q.   Or if the person is at that station.  If
2    there's somebody at that station.
3    A.   Yeah, somebody at that station.  You could sit
4    there, and you would see all your cells.
5    Q.   Could you see in the cells?
6    A.   No, sir.  Them things is camera, camera,
7    camera, camera, camera, camera -- no, sir, you got to
8    get out and go walk.
9    Q.   So let's talk about -- here, let's do this.
10   MR. BRAGG:  This will be 2.
11   (Exhibit 2 marked for identification.)
12   BY MR. BRAGG:
13   Q.   I'm going to hand you a document that's been
14   marked as Exhibit 2, and I'm going to hand you a pen,
15   too.  Do you recognize this document?  Is it an
16   accurate depiction of the camp support housing unit?
17   A.   Yes, sir.
18   Q.   All right.  Do you see the little square
19   that's marked "housing control"?
20   A.   Yes, sir.
21   Q.   Is that where the person who is assigned to
22   control is supposed to be?
23   A.   Yes, sir.
24   Q.   Okay.  Can you just put a "C" in that box
25   right there?

MICHAEL MCCLINTON

CONFIDENTIAL

Page 33

1     A.    Inside the big box itself like this, sir?

2     Q.    Inside the housing control box where the

3  control person would be assigned.

4     A.    Yes.

5     Q.    And you did mark that "C"; correct?

6     A.    Yes, sir.

7     Q.    So we talked about the first position under

8  housing unit 7.  What's the second position?

9     A.    Second position would be the floor -- the

10  floor.

11     Q.    What is that?

12     A.    That means that's the person that's going to

13  walk around and do -- You could walk around and

14  make -- make your rounds.

15     Inmate got to go to the shower.  You the one that

16  go out there, let him out, escort him to the shower.

17  Once you get him to the shower, you will actually lock

18  the -- lock the shower doors.

19     If he's going to the rec yard, you'll be the one

20  to take him out of the cell, unlock the rec yard door,

21  put him on the rec yard, shut the door behind you so

22  can't nobody get out there to him.

23     And you the one that make -- make your rounds.

24     Q.    Okay.  So you're the one that's sort of

25  actively dealing with the inmates?

MICHAEL MCCLINTON

CONFIDENTIAL

Page 54

1  blanket.  He can have his mat," but they make that

2  call.  We're just there to carry it out.

3      Q.   So there's a little more nuance for non-acute

4  suicide watch?

5      A.   I would -- I would have to look up the -- I

6  would have to look at the verbiage of it to give you

7  the exact answer.  But my answer to them -- I ask, "Is

8  he one-on-one?  Can he have anything?"

9      And they'll say, "No."

10      And if they say, "Yes, he can have a" --

11      I say, "Well, what can he have?"  And I'll make

12  sure that's what he gets.

13      Q.   So whenever someone's in suicide watch,

14  there's a conversation with correctional officers and

15  medical as to what the --

16      A.   The mental health staff will tell you exactly

17  what he can have.  And he'll remain that way until the

18  mental health staff either takes him off or upgrades

19  him, but they the ones that does that.

20      Q.   That makes sense.  So let's talk about camp

21  support now.

22      A.   Uh-huh.

23      Q.   Camp support, like suicide watch, the inmate

24  is alone in their cell.  There's nobody in the

25  inmate's cell with him.  Would you agree with that?

MICHAEL MCCLINTON

CONFIDENTIAL

Page 57

1   defecate in the cup and dash it on the officer, we'll

2   write him an RVR for the assault, and I will place

3   that offender on 72-hour property restriction.

4       Now, when I put him on property restriction, he'll

5   keep his boxers and T-shirt.

6       Q.   But no bed sheet at that point?

7       A.   No bed sheet, no nothing at that point.

8       Q.   So you identified some sort of security

9   reasons why somebody would be on property restriction.

10      A.   Right.  And that's somebody start a fire.

11  When they start a fire, they set their clothes on

12  fire.  That's the only thing they can set on fire

13  because of the steel cell.  So we take his property so

14  he has nothing to burn.

15      Q.   Are there any mental health reasons that

16  somebody would be on property restriction?

17      A.   Then they'd be one-on-one suicide.

18      Q.   Okay.  So if somebody's in camp support,

19  they're not on one-on-one suicide; agreed?

20      A.   No, sir.  No, sir.

21      Q.   And if there are mental health property

22  restrictions, that can only happen in the context of

23  one-on-one suicide; is that right?

24      A.   Excuse me, again, now?

25      Q.   So property restrictions that are a result of

MICHAEL MCCLINTON

CONFIDENTIAL

Page 58

1    a mental health order, that would only --

2        A.    Property restriction as a result of a mental

3    health order.  Mental heath, he's either going to be

4    one-on-one suicide, or he's -- they're going to say

5    he's limited to what he can have, but that's coming

6    directly from medical.

7        If security -- if I place him on one, that means

8    he done, done something, like I said previously.

9        Q.    Right.

10        A.    He done started a fire.  So if I take the

11    property, he ain't got nothing to burn.

12        But what we don't do is we don't take -- we don't

13    give him a shroud and have him just a shroud.  Medical

14    has to authorize the complete one-on-one suicide.

15        Myself, as a captain or a major, cannot say, "This

16    guy's going on one-on-one suicide."

17        Q.    Okay.  Has there ever been a situation where

18    medical authorized a property restriction, but the

19    inmate was not placed on one-on-one suicide?

20        A.    Yes.  When they can do the -- when they can do

21    the non-acute -- when they say, "He can have his

22    blanket.  He can have this."  You still sitting there

23    -- you still sitting there with him, but he can have

24    some of his stuff.

25        Q.    But that's still a form of suicide watch?

MICHAEL MCCLINTON

CONFIDENTIAL

Page 59

1    A.    Yes.

2    Q.    Is there ever a situation where medical

3    authorized a property restriction while the inmate was

4    housed in camp support?

5    A.    No, sir.  Medical don't -- that's a security

6    situation because that's a security issue.  Because --

7    the way they describe it here is this is a mental

8    health facility.

9        So before we go any type of use of force, any

10   planned use of force on an inmate, I have to go

11   through the planned use of force procedures.

12       That procedure is to get a mental health provider

13   down there so they can lay eyes on him in a mental

14   health capacity.

15       Once they lay eyes on him in a mental health

16   capacity and they do whatever conversation -- whatever

17   they do with the inmate, they're going to turn to me

18   and say, "Major McClinton or Captain McClinton, this

19   is a true mental health incident; therefore, do not

20   proceed with use of force," and I will stand down.

21       But if they turn to me and say, "Major McClinton,

22   this is not a mental health issue; this is a

23   behavioral issue.  Proceed with your planned use of

24   force," and we'll proceed with the planned use of

25   force.

MICHAEL MCCLINTON

CONFIDENTIAL

1    Q.   Okay.  So in camp support, a bed sheet could

2   be taken away because of a security-based property

3   restriction; is that right?

4    A.   We just wouldn't take the bed sheet.  We'll

5   take all his property.

6    Q.   In addition to everything else.

7    A.   Yeah.

8    Q.   But property isn't taken away in camp support

9   because of a mental health recommendation?  That

10   doesn't happen in camp support?

11    A.   If the mental heath -- no, no, sir.  Because

12   if mental health going to say he's a one-on-one, he

13   needs to be transported to medical.

14    Q.   Then he's in medical on suicide watch?

15    A.   Then he's in medical stuff.  Yes, sir, so

16   that's correct.

17    Q.   Is there a video camera that is on camp

18   support?

19    A.   We have a camera system called Pelco.  It's on

20   everywhere we go.  It's just not in here.  It's not in

21   here.  It's not in the restrooms.

22    Q.   Is it monitored?

23    A.   Pelco, being if we had to go pull some

24   footage, we could go back on a date and time and pull

25   that particular footage.  Just someone sitting down,

MICHAEL MCCLINTON

CONFIDENTIAL

1    And when I go say, "Hey," I expect to get some

2  type of response from the inmate.

3    Now, a lot of times -- I remember it being early,

4  too.  A lot of times when you wake the inmate up and

5  he doesn't want to get up, he's going to say something

6  derogatory.  I don't want to say it on tape; we have a

7  female in here.  He's going to say something

8  derogatory or inappropriate, profanity, but that's

9  letting me know he's alive and well, just don't want

10  to be bothered.

11    So I called for him again.  I didn't get no

12  answer.  At that time, I bent down and pulled the tray

13  slider and looked.  My words, "Man, what the hell

14  going" -- and I looked.  "Oh, wow.  Wait a minute.

15  Medical assistance camp support.  Medical assistance

16  camp support.  I need somebody in camp support."

17    At that time, when I called "medical assistance

18  camp support," the captain's calling for medical

19  assistance.  He had come up.  Here come a bombardment

20  of people coming in say, "Hey, Captain.  What's going

21  on?"

22    "We got to get this guy out.  Something's going

23  on."

24    At that time, Lieutenant Ray, Sergeant Robinson, a

25  couple of people from medical, couple other people

MICHAEL MCCLINTON

CONFIDENTIAL                                    Page 80

1   there.  Access the door, go in there.  I say, "Holy

2   crap."  I looked up.  He had something around his neck

3   like he was attempting to sit, but the ligature was

4   too short for him to sit down, so he just plopped

5   there until he passed.

6        But we expeditiously got him down.  Once we got

7   him down we -- because the gurney, stretcher all that

8   was coming -- all that was there.  Got him down, got

9   him on the -- this all within like a minute or so.

10  That's how fast it was.

11       Q.   A minute from when to when?

12       A.   I want to say at least a minute from the time

13  I called for help, we had him -- got in -- you know,

14  when you're doing this, minutes seem like hours

15  because you're there, you know.

16       You know, we can always armchair quarterback it

17  when you're not there, but when you're there, the

18  adrenaline is pumping.

19       And we get him there, and I remember the nurse

20  doing CPR.  We doing this; we doing this.

21       "Everything's going to be okay.  Everything's

22  going to be okay.  Just hang in there."

23       He was unresponsive, but we still talk to them,

24  trying to -- try to keep people calm.

25       They was pumping on his chest, you know.  They got

MICHAEL MCCLINTON

CONFIDENTIAL

Page 81

1  him to medical.  They continued to pump on his chest

2  and everything.

3       The doctor called in -- when we've got somebody

4  that's unresponsive, we always call 911.  Got him in

5  there, and they're working on him and all this stuff.

6  I can't remember the actual time, but they called the

7  actual death.

8       I don't know if the paramedics had got here, but

9  they called it.

10      Okay, but now what stands out the most in my mind

11 is Dr. Arnold, who's the medical doctor.  You know,

12 he's doing this stuff.  He coming doing his final

13 assessment.  And by me being a previous investigator,

14 my background -- it's why I love it so much.  I know

15 certain things you need to get right away.

16      I asked -- say, "Can we get a -- can we get a core

17 temperature?  What's his temperature?"

18      And Dr. Arnold, he kind of think -- he sort of

19 think the way I think about it.

20      And when Dr. Arnold took his -- because I

21 inadvertently said it.  "Hey, let's make sure we get a

22 temperature on him," you know.

23      When they got his temperature, his core

24 temperature was 96 something -- 96 something.  And

25 Dr. Arnold said to me, "Hey, I don't want you to beat

MICHAEL MCCLINTON

CONFIDENTIAL

Page 82

1   yourself up now."

2        I said, "Why would you say that, Doc?"

3        He say, "In my medical professional opinion, if

4   you could have been at least 2, 3 minutes earlier, you

5   possibly could have saved him."

6        And I can just go, "Wow."

7        But then I -- then you start backtracking your

8   steps saying maybe I didn't need that soda.  Maybe I

9   didn't need to go talk to the warden.  Maybe I didn't

10  -- but then I -- but then I answered my own question.

11       If I didn't do that and went straight to the

12  office, I would have passed right past the nurse, and

13  it ain't no telling how long it would have been there,

14  or they would have found him when they came in.

15       So you have to recap, "What did I do wrong?"

16       Q.   Yeah.

17       A.   And I'm like maybe I shouldn't have got that

18  damn soda.  Maybe I should have did this; maybe I

19  should have did that.  But then that's why he told me,

20  "Don't beat yourself up."

21       I don't want to sound crazy or nothing like this,

22  you know.

23       Q.   Yeah.

24       A.    I mean, we have to live with this.  I

25  understand somebody lost a loved one, but, you know,

MICHAEL MCCLINTON

CONFIDENTIAL

Page 110

1       Q.    -- at a different cell?

2       A.    You're right; you're right.  Exactly right.

3  So there's a possibility that that could have been his

4  cell.

5       Q.    Okay.  And so do you actually see that you

6  called medical assistance from --

7       A.    I picked --

8       Q.    -- 11:23 --

9       A.    I picked the phone up and called, yes.  I

10  picked up the phone -- I picked up the -- I picked up

11  the radio and called, not phone but radio.

12      Q.    So at that point, you were on the phone with

13  medical assistance.

14      A.    I'm on the radio.

15      Q.    On the radio.

16      A.    I'm on the handheld.

17      Q.    Why did you see the need to call for medical

18  assistance?

19      A.    Because at that point, I realized he might not

20  be playing.  And at the same time, even when we do

21  call medical assistance, they still not going to

22  access the door until people -- backup get there.

23      Q.    Is that always true?

24      A.    Oh, yes, that's -- that's the protocol.

25  That's what should happen.

MICHAEL MCCLINTON

CONFIDENTIAL

Page 111

1    Q.    So the protocol is if you have two people, and
2    you see Jeremy Russell needing medical assistance,
3    you're not going to open that door until backup gets
4    there?
5    A.    Yes.  I'm going to wait on -- I'm going to
6    wait on backup.  Backup has to be there because he
7    could be playing.  He could be --
8    And we done had inmates here in the past to play
9    like that.
10    We had one inmate that he had faked his own
11    hanging and had people think he was hanging.  And when
12    the door came open, guess who was standing on the
13    ground ready -- ready to fight?  The inmate.
14    And a lot of lessons you get in the prison, it's a
15    bought lesson.  You're going to have to eat them licks
16    to face it.  To say, okay, I have to make a decision.
17    Am I fixing to put myself in harm's way, or I'm fixing
18    to try to be a hero, or do I need to wait for that
19    backup?
20    Q.    So even if he had been -- even if it looked
21    like he was hanging at that point, you would have
22    waited for backup?
23    A.    If I would have saw -- that's -- that's what
24    the protocol says.  That's what the protocol says.
25    Q.    Okay.  So at 11:23:17, it's pretty visible

MICHAEL MCCLINTON

CONFIDENTIAL

Page 146

```
 1        A.    The scanner is a better way to do it.
 2   BY MR. BRAGG:
 3        Q.    So why do they do a strip search, if you know?
 4        A.    Well, that's the part -- that's what they have
 5   in place here.
 6        Q.    Why don't they add a scanner over to that
 7   area?
 8        A.    You're asking me to speculate on why somebody
 9   don't want to -- I'm not comfortable to answer the
10   question why they won't do it.
11        Q.    Are you aware of any employee of MTC being
12   disciplined for bringing in illegal narcotics?
13             MR. GARNER:  Object to the form.  Can you
14   narrow it?  I mean, ever?
15   BY MR. BRAGG:
16        Q.    Well, since the time you've been here in 2019.
17        A.    Oh, they -- they come through here with drugs
18   all the time, and they get -- and they get prosecuted.
19        Q.    Employees do; is that right?
20        A.    Oh, yes, sir.  They -- they -- once they get
21   caught, Lauderdale County Sheriff comes, gets them up,
22   and the warden makes sure they walk out of here with a
23   silver bracelet on, with their hands behind their
24   back.
25        Q.    Have there been any this year?  We're just in
```