**Mississippi Department of Corrections**
301 North Lamar Street  Jackson, MS 39201
(601) 359-5600

November 5, 2021
Page 1
Lab Report

**JEREMY T. RUSSELL**
21 Years Old  Male  DOB: 02/12/2000  RACE: Black or African American  SEC LEV: MEDIUM  LOC: C  MED CL: 1
**Housing Loc:** INACTIVE

**MDOC #:** 201802

**09/29/2021 - Lab Report: Cannabidiol (CBD)/THC Ratio,Ur, Amphetamines Screen, Urine**
**Provider:** Evelyn Dunn PMHNP-BC
**Location of Care:** Mississippi Department of Corrections

```
Patient: JEREMY T RUSSELL
ID: 1100 27262803110
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING

Tests: (1) Cannabidiol (CBD)/THC Ratio,Ur (701907)
  Order Note: Clinical Information: CCU:0322219914 H-00462670       LM

! CBD:THC Ratio              See report RATIO
    Unable to Calculate
    INTERPRETATION: Indeterminate
    This test measures Cannabidiol (CBD) and
    Tetrahydrocannabinol (THC) and metabolites in urine. The
    CBD:THC ratio is calculated using the sums of the respective
    metabolites and is intended to assist in differentiating the
    presence of Tetrahydrocannabinol (THC) metabolites due to
    the use of marijuana or medicinal THC from the presence of
    THC metabolites due to use of Cannabidiol (CBD) or hemp
    products that purportedly contain trace amounts of THC.
    CBD:THC
    Ratio            Interpretation
    >=10.0           Consistent with the use of CBD products only
    1.0 - 9.9        Indeterminate
    <1.0             Consistent with marijuana, medicinal THC or
                     mixed use
    Interpretive ranges are provided as guidance and should not
    be considered definitive. Interpretation of results should
    include consideration of all relevant clinical and
    diagnostic information.
    Analysis performed by chromatography with mass spectrometry.
    This test was developed and its performance characteristics
    determined by LabCorp.  It has not been cleared or approved
    by the Food and Drug Administration.


Tests: (2) Amphetamines Screen, Urine (074401)
! Amphetamines, Urine       N ng/mL                   Cutoff=1000
    Negative
    Amphetamine test includes Amphetamine and Methamphetamine.


Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 10/09/2021 7:45 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 09/29/2021 09:40
Requested date-time:
```

JEREMY 000309

**Mississippi Department of Corrections**
301 North Lamar Street   Jackson, MS 39201
(601) 359-5600

November 5, 2021
Page 2
Lab Report

**JEREMY T. RUSSELL**
**21 Years Old  Male  DOB:** 02/12/2000   **RACE:** Black or African American   **SEC LEV:** MEDIUM   **LOC:** C   **MED CL:** 1
**Housing Loc:** INACTIVE

**MDOC #:** 201802

```
Receipt date-time: 09/29/2021 00:00
Reported date-time: 10/09/2021 08:36
Referring Physician:
Ordering Physician: E DUNN (edunn)
Specimen Source:
Source: 1100
Filler Order Number: 27262803110 LAB
Lab site: Performed At: MX, MedTox Laboratories Inc 402 W County Road D, St Paul MN
551123522 Karla J Walker PhrmD   Phone: 8774745767

(2) Order result status: Final
Collection or observation date-time: 09/29/2021 09:40
Requested date-time:
Receipt date-time: 09/29/2021 00:00
Reported date-time: 10/09/2021 08:36
Referring Physician:
Ordering Physician: E DUNN (edunn)
Specimen Source:
Source: 1100
Filler Order Number: 27262803110 LAB
Lab site: Performed At: UI, LabCorp OTS RTP 1904 TW Alexander Drive, RTP NC
277090153 Ntei Abudu PhD   Phone: 8008333984


------------------

The following results were not dispersed to the flowsheet:

  CBD:THC Ratio, See report RATIO, (F)
  Amphetamines, Urine, N ng/mL, (F)
```

**Electronically Signed by Evelyn Dunn PMHNP-BC on 10/11/2021 at 2:45 PM**