

**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**   10/27/2021 16:06

**To:**  151242
MS Medical Examiner Office - Gulf Coast Lab
215 Allen Stuart Drive

Pearl, MS   39208

**Patient Name**   RUSSELL, JEREMY
**Patient ID**   ME21-0981
**Chain**   NMSCP141187
**Age** Not Given   **DOB** Not Given
**Gender**   Not Given
**Workorder**   21359648

Page 1 of 2

**Positive Findings:**

| None Detected |
|---|

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 8083B | Postmortem, Basic w/ Vitreous Alcohol and 6-MAM Confirmation, Blood (Forensic) |

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 9 mL | 10/12/2021 | Subclavian Blood | ME21-0981 |
| 002 | Gray Top Tube | 8.8 mL | 10/12/2021 | Subclavian Blood | ME21-0981 |
| 003 | Red Top Tube | 3.75 mL | 10/11/2021 | Vitreous Fluid | ME21-0981 |

All sample volumes/weights are approximations.
Specimens received on 10/14/2021.

NMS v.22.0

MTC 000043



**CONFIDENTIAL**

Workorder 21359648
Chain NMSCP141187
Patient ID ME21-0981

Page 2 of 2

### Detailed Findings:
Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Sample Comments:

001  Physician/Pathologist Name: TURNER, STACI, M.D.
001  County: LAUDERDALE
001  Autopsy ID: ME21-0981

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 21359648 was electronically signed on 10/27/2021 15:17 by:

*Jolene J. Bierly*

Jolene J. Bierly, M.S.F.S., D-ABFT-FT
Forensic Toxicologist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 8083B - Postmortem, Basic w/ Vitreous Alcohol and 6-MAM Confirmation, Blood (Forensic) - Subclavian Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.22.0

MTC 000044