EXHIBIT 17

Angela Russell, et al.
v.
Management & Training Corporation, et al.

Angela Russell
June 13, 2023

**Brown Court Reporting & Litigation Support**
*4780 I-55 North, Suite 100*
*Jackson, MS 39211*
*julie@browncourtreporting.com*
*(601) 203-0071 phone | (601) 709-4611 fax*



```
                                                                  1

 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       NORTHERN DIVISION

 3
     ANGELA RUSSELL, AS ADMINISTRATRIX
 4   OF THE ESTATE OF JEREMY T. RUSSELL
     AND ON BEHALF OF THE WRONGFUL DEATH
 5   BENEFICIARIES OF JEREMY T. RUSSELL           PLAINTIFF

 6
     vs.                       CAUSE NO. 3:22-CV-294-HTW-LGI
 7

 8   MANAGEMENT & TRAINING CORPORATION;
     JOHN AND JANE DOE CORRECTIONAL OFFICERS;
 9   VITALCORE HEALTH STRATEGIES, LLC; EVELYN DUNN;
     STACEY KITCHENS; WILLIAM BRAZIER, AND
10   JOHN AND JANE DOE MEDICAL PROVIDERS         DEFENDANTS

11


12
     **********************************************************
13
                DEPOSITION OF ANGELA DENISE RUSSELL
14
     **********************************************************
15


16
                      APPEARANCES NOTED HEREIN
17


18


19
            TAKEN AT THE INSTANCE OF:  DEFENDANTS
20                 LOCATION:  ADAMS & REESE
            1018 HIGHLAND COLONY PARK, SUITE 800
21                 RIDGELAND, MISSISSIPPI
              DATE:  TUESDAY, JUNE 13, 2023
22                   TIME:  10:00 A.M.

23


24


25   REPORTED BY:  KELLYE S. SHOWS, CSR #1290
```

```
 1              A P P E A R A N C E S

 2

 3       MR. GRAFTON BRAGG
         BRAGG LAW, PLLC
 4       1060 EAST COUNTY LINE ROAD, SUITE 3A-120
         RIDGELAND, MISSISSIPPI  39157
 5       grafton@graftonbragglaw.com
              COUNSEL FOR PLAINTIFF
 6

 7       MR. MICHAEL D. CHASE
         MITCHELL McNUTT & SAMS
 8       105 SOUTH FRONT STREET
         TUPELO, MISSISSIPPI  38804-4869
 9       mchase@mitchellmcnutt.com
              COUNSEL FOR VITALCORE HEALTH STRATEGIES,
10            EVELYN DUNN, STACEY KITCHENS, AND
              WILLIAM BRAZIER
11

12       MR. RAY ANTHONY YOUNG, JR.
         ADAMS & REESE
13       1018 HIGHLAND COLONY PARKWAY, SUITE 800
         RIDGELAND, MISSISSIPPI   39157
14       jarrad.garner@arlaw.com
              COUNSEL FOR MANAGEMENT & TRAINING
15            CORPORATION; JOHN AND JANE DOE
              CORRECTIONAL OFFICERS
16

17

18

19

20

21

22

23

24

25
```

```
 1   to the hospital they didn't find any drugs in him.
 2   Now, I don't know if it's true or not, but that's
 3   what they said.
 4        Q.   Do you know who on the zone had illegal
 5   narcotics?
 6        A.   No.  They didn't tell me that.
 7        Q.   Okay.  Are you contending that MTC gave
 8   Jeremy Russell access to the illegal narcotics?
 9             MR. BRAGG:  Objection.  You can answer.
10        A.   No.  No, I'm not contending that.  I don't
11   -- no, I don't think an officer did it.
12   BY MR. YOUNG:
13        Q.   Okay.  Who do you think gave him access
14   to illegal narcotics?
15             MR. BRAGG:  Objection.  You can answer.
16        A.   Well, an offender.  Or I don't know or
17   somebody who has access to bring them in.
18   BY MR. YOUNG:
19        Q.   It could have been a visitor.  Right?
20             MR. BRAGG:  Objection.  Can I get a
21   continuing objection to she doesn't have personal
22   knowledge about this?
23             MR. YOUNG:  Sure.
24             MR. BRAGG:  Okay.
25        A.   Yeah.  Well, I don't have -- that's right.
```