```
    IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
             NORTHERN DIVISION
```

**EXHIBIT 19**

```
ANGELA RUSSELL, AS ADMINISTRATRIX
OF THE ESTATE OF JEREMY T. RUSSELL
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JEREMY T. RUSSELL,

                             PLAINTIFF,
   V.

             CASE NO.3:22-cv-294-HTW-LGI

MANAGENT & TRAINING CORPORATION; et al.,
                            DEFENDANTS.



   *****************************************
        DEPOSITION OF MARK WEBB, M.D.
   *****************************************

    Taken at the office of Dr. Mark Webb
         576 Highland Colony Parkway
            Ridgeland, Mississippi,
         on Tuesday, July 18, 2023,
     beginning at approximately 1:00 p.m.




     *********************************

           Southern Steno Reporters

            3541 Highway 13 South
              Morton, MS 39117
                601-507-0849
              cynthiaharr@att.net
```

```
 1                    A P P E A R A N C E S

 2
     For the Plaintiff:
 3
          GRAFTON E. BRAGG, ESQ.
 4        BraggLaw, PLLC
          1060 East County Line Road
 5        Suite 3A-120
          Ridgeland, Mississippi 39157
 6             grafton@graftonbragglaw.com

 7

 8   For the Defendants VitalCore Health Strategies,
     Evelyn Dunn, William Brazier and Stacey Kitchens:
 9
          MICHAEL CHASE, ESQ.
10        Mitchell McNutt& Sams
          105 South Front Street
11        Post Office Box 1720
          Tupelo, Mississippi 38802
12             mchase@mitchellmcnutt.com

13

14   For the Defendants Michael McClinton; Ashley Ray;
     Marcus Robinson; Roxie Wallace; Jacob Vigliante;
15   John and Jane Doe Correctional Officers:

16        JARRAD GARNER, ESQ.
          Adams & Reese, LLP
17        1018 Highland Colony Parkway
          Suite 800
18        Ridgeland, Mississippi 39157
               jarrad.garner@arlaw.com
19

20

21

22

23

24

25
```

1   the speed of the boxes at the pizza place and
2   that he was working in his mother's -- hotel his
3   mother worked at.  But, hey, that's a good start.
4   And I've got other schizophrenic patients and
5   drug-addict patients who are able to work some.
6   So that sort of fits.
7       Q    You say, "After being reincarcerated in
8   2021 he talked to MDOC Mental Health --" that
9   would be medical people "-- about hearing voices
10  and having suicidal thoughts."
11          And were those in the context of
12  situations where he reported using drugs?
13      A    Uncertain.  Uncertain.
14      Q    You don't know that?
15      A    I don't.
16      Q    You can't, as you sit here today, you
17  can't point to any place in the record where he
18  did that outside the context of admittedly using
19  drugs?
20      A    Whether that's true or not also.  Yeah,
21  I couldn't -- I would have to spend some time and
22  look.  Those are good questions.  Again, as Ms.
23  Dunn talked about, he's a poor historian.  So
24  every time he admits to something, we're not
25  quite so sure.  I mean, we could take it at face

1  value if we want, but I wouldn't.
2     Q    All right.  So it says in June 2021,
3  Mr. Russell was sent to the local hospital due to
4  an altered mental status and confusion.  Now,
5  that was, again, drug use, correct, according to
6  the records?
7     A    Allegedly, again, allegedly if the
8  statements were true, I think drug use was, to
9  use you words, were amiss/around.  I'm not sure
10 if it's the cause or the result.
11    Q    All right.  Do you recall whether in
12 that circumstance the hospital, the local
13 hospital actually diagnosed him as a drug
14 overdose or drug use?
15    A    Those words are mentioned.  Again, I
16 would want to know where they got that history
17 from.  Is it from him?  Is it from drug test,
18 etcetera.
19    Q    Then you say, "He was again
20 unresponsive in July 2021."  And in that case
21 again, it was not again self-reported drug use?
22    A    Allegedly drug use, yes.
23    Q    And you say, "In September '21 he was
24 found to have psychosis along with
25 schizophrenia."  And I think you mentioned Dr.

1  photograph was taken from?
2      A   Either inside of the -- I think it's
3  inside of cell looking out or inside of the tower
4  room looking out.  I think it's inside of the --
5  I'm not sure exactly which one it is.
6      Q   I will represent to you, and I'm sure
7  Grafton won't have any problem, that this was
8  taken inside of Jeremy Russell's cell facing as
9  far as toward the control tower unit as you can
10 see.
11     A   Got you.  That was my first thought,
12 yes.
13     Q   Okay.  And this goes to questions
14 earlier in the report, but I will skip over to
15 the last paragraph of Page 5.
16     A   Yes.
17     Q   And specifically the last sentence
18 said, "Had the camp support control room been
19 manned as required by MTC, Mr. Russell would
20 have, more likely than not, refrained from
21 attempting completing the act of suicide."
22         How does that opinion flesh with
23 looking at this photograph?
24     A   That hearing from Mr. Green and Mr.
25 Hunter what's usual and customary is that they

1  talk about who's in there or not in there, that
2  he would have known -- that he would have had
3  knowledge that there was nobody there and would
4  have been unimpeded with the suicide attempt.
5       But do I have the specifics that
6  anybody told Mr. Russell?  I do not, but we heard
7  from the depositions what is usual and customary.
8     Q  But neither of those inmates testified
9  that they specifically told Mr. Russell that the
10 control unit was unmanned the morning of
11 October 7, 2021?
12    A  Neither one of them told Mr. Russell.
13 Is that what you're asking?
14    Q  Correct.
15    A  Correct.  I mean, the expert report
16 says it was unmanned.  I don't know if they
17 specifically told Mr. Russell.
18    Q  Okay.  And since it's part of your
19 opinion, wouldn't you agree it would be very hard
20 to see inside that control unit from Mr.
21 Russell's cell that he was in on October 7, 2021?
22    A  Yes, that would be hard.  I was relying
23 on the information from Mr. Green and Mr. Hunter
24 that they would talk.
25    Q  They would talk?

1　　　A　　No.  That's VitalCore.

2　　　Q　　In the last paragraph, obviously it is
3　directed to MTC.

4　　　A　　Sure.

5　　　Q　　The first sentence talks about the camp
6　support unit not being observed at the time Mr.
7　Russell placed the ligature around his neck.  And
8　then it says, "And there is significant evidence
9　that Jeremy knew this."  Can you tell me what the
10　significant evidence is that you have to support
11　that statement is?

12　　　A　　Just from the depositions and what I
13　read, it was the usual and customary situation in
14　that inmates talk.

15　　　Q　　Nothing else, though?

16　　　A　　Nothing else.  And just my time in
17　correctional systems and that inmates know a lot
18　of what's going on.

19　　　Q　　Right.  The next sentence says, "This
20　is because at least some of the inmates in camp
21　support can see inside the control room.  And
22　every time security was absent, inmates would
23　talk about the fact security was not there."
24　Nobody testified that every time they talked
25　about that, did they?

1            MR. BRAGG:  Objection.
2            THE WITNESS:  That's true.
3    BY MR. GARNER:
4       Q    And the last sentence of that last
5    paragraph on Page 5 says, -- I guess ultimately
6    your conclusion here, "Had the camp support
7    control room been manned as required by MTC and
8    MDOC, Mr. Russell would have more likely than not
9    refrained from attempting and completing the act
10   of suicide."  Tell me basis of your opinion on
11   that as to that sentence.
12      A    That Mr. Russell, if you take
13   everything that he says into account about what
14   his mother said that he was suicidal that day,
15   the day before, he had recent suicide issues,
16   just got off suicide watch, he was in s single
17   cell with a bedsheet, with property, was banging
18   on the door allegedly saying he was suicidal.
19   Taking all that into account, if all that is
20   true, that he was a set-up for suicide.  But he's
21   been stopped before by MTC and VitalCore for
22   years because somebody else was around.  This
23   time there was nobody around, and he was not
24   stopped.
25      Q    Is it your opinion that the mere

1  presence of someone in that control unit would
2  have prevented Jeremy Russell from taking his
3  life on the day of October 7, 2021?
4      A   It's less likely -- yes.  It's less
5  likely that he would have killed himself if he
6  knew he was going to be interrupted, or attempt
7  to kill himself if he knew he was going to be
8  interrupted.
9      Q   How long does -- when someone makes the
10 decision -- in your professional opinion, having
11 dealt with suicidal patients before, how long
12 does it take someone to complete the act of
13 hanging themselves?
14     A   Not very long.
15     Q   And, again, you can't tell me how often
16 an officer should or shouldn't have been in that
17 dayroom at any given time in that camp support
18 unit, correct?
19     A   Correct.  I don't know the dayroom
20 policy, correct.
21     Q   Okay.  On your conclusions on Page 6,
22 that first paragraph under conclusions, that's
23 not related to MTC, correct?
24     A   Doesn't appear, no.
25     Q   And the same thing with regard to the

1  that.
2      Q    Upwards of how long might it take an
3  unperfect or imperfect hanging?
4      A    Well, they could survive it.  Or, you
5  know, you read about people being seen and pulled
6  down.  I guess -- I don't know.  I don't know.
7  But all the way from 13 seconds to they survive,
8  however length what time that is.
9      Q    Yeah.  And there's no way to know --
10 and it sounds morbid to talk about the perfect
11 hanging or perfect suicide, I understand.
12     A    Right.
13     Q    I'm not trying to be insensitive to
14 anybody about that.
15     A    Right.
16     Q    But whether this was perfect or not, it
17 did have the desired end result if that's what
18 Jeremy Russell was trying to do, correct?
19     A    That's true.
20     Q    Okay.
21     A    Yeah, Opinion 3, I would agree with
22 that.  You know, were the drugs part of the --
23 the illicit drugs part of the suicide or not.
24 It's could be the psychiatric illness.  Lots of
25 schizophrenics kill themselves.  Lots of drug

1  addicts kill themselves.  So it's hard to know.
2     Q    So it would be impossible to give an
3  opinion on that to a reasonable degree of medical
4  certainty?
5     A    To a reasonable degree of medical
6  certainty, it's probably a little combination of
7  both.  And I wouldn't know about the rates of
8  pay.
9     Q    Yeah.
10         MR. GARNER:  That's all I have.
11                FURTHER EXAMINATION
12  BY MR. CHASE:
13    Q    I have just a few more questions to
14  follow up.  Some things that Mr. Garner said
15  prompted me to consult my notes again.
16    A    Sure.
17    Q    I noted that you said that one of the
18  things you relied on in your supplemental report
19  was the contract between VitalCore and MDOC.  And
20  if you would, tell me what in that contract
21  impacted your opinion and how.
22    A    Just trying to understand where one
23  began and one ended.  I'm not saying that I
24  completely understood it, but that was trying to
25  figure out, like they were talking about, you