

| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | **Page 1 of 14** |
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

**I      1GENERAL INSTRUCTIONS:**

This Post Order cites specific and general instructions for the operation of this post assignment. However, every incident or eventuality cannot be covered. You are expected to contribute to the BIONIC (Believe it Or Not I Care) culture and the overall operational philosophy that prepares inmates for successful reentry which is referred to as Success For Life®. You are expected to use good judgment, tact and pay careful attention to details in discharging your duties even where not specifically referenced in the Post Orders. The Shift Commander will be responsible for any problems or questions, which may arise while performing duties assigned to this post. You must remain alert at all times. The Officer shall comply with Management & Training Corporation policies relating to Dress and Grooming standards and general Standards of professional conduct. All staff working in Acute Care Unit is required to have mental health training.

**II      POST ASSUMPTION AND LOG-IN PROCESURES:**

The **ACUTE CARE UNIT OFFICER POST** shall be manned at all times when staffing is adequate. You will clock in and proceed to your assigned post.

A    Upon arrival, conduct a Certified Body Count according to MTC count procedures.

B    Ensure that the certified count is called into the Central Control Room and also recorded in the Housing Control log.

C    Record the count in the log book.

D    Inventory and sign for all keys and equipment assigned to the post and record in the log leaving no blank spaces, document all discrepancies.

E    Test handheld radio/telephone, control panels for proper functioning, and document all discrepancies.

F    Receive a briefing of all information from the officer being relieved.

**MTC 001468**



| | | Page 2 of 14 |
|---|---|---|
| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | | **POST TITLE:** Unit 7 Acute Care Unit |
| | | **SITE LOCATION:** East Mississippi Correctional Facility |

| | |
|---|---|
| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

G   Review Housing Control log to determine the activities of the previous shifts.

H   Initiate Log/Register.

I    If chemicals are issued, Central Control officers will check on-coming officer Chemical Card and expiration date.

J   Inspect all fire extinguishers to insure they are fully charged. Any empty fire extinguishers are to be reported to the shift commander immediately.

K   Conduct 30 minute rounds at an irregular interval to ensure offender safety and well being.

## III    AREA OF RESPONSIBILITY:

A   Conduct counts in accordance with MTC and MDOC policy.

B   Escort all Non-Security Personnel entering the zones.

C   Conduct a security and building inspection documenting discrepancies on the Daily Inspection Log and in the Log Book.

D   Complete the daily housekeeping and sanitation requirements.

## IV    CONTROL OF ENTRANCE AND EXIT POINTS:

A   Control of all housing zone doors.

## V    PROCEDURES GOVERNING MOVEMENT OF OFFENDERS:

A   Ensure that all Offenders are secured prior to entering and exiting building or section yard according to procedures.

B   Prior to departing the building, the inmate will leave I.D card with the hall Officer. Upon returning to the building, inmates will retrieve I.D. card.

**MTC 001469**



| EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS | Page 3 of 14 |
|---|---|
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
|---|---|
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

C   Ensure that inmates are properly dressed and Grooming Standards upheld prior to leaving the building.

D   Inmates leaving the unit because they are involved in an altercation, attempted escape or other related incidents will be restrained according to procedures.

## VI   ALARM PROCEDURES:

In the event of an activated fire alarm, you shall report to the location to investigate and evaluate. Notify the Housing Control Officer and Shift Captain explaining the situation so it can be corrected. In case of malfunction, report it to the Shift Captain and Control then reset the alarm system. Make the appropriate notation in the Log Book.

## VII   ESCORT PROCEDURES:

A   Ensure proper documentation is presented approving all offender movement.

B   Ensure Offenders are searched and restrained according to procedures.

C   Ensure movement is recorded in the Log Book.

D   Ensure movement procedures are followed in accordance with MTC Policy and Procedures.

E   Ensure they are escorted to their destination according to procedures.

## VIII   ESCORT PROCEDURES FOR LONG-TERM SEGREATION OFFENDERS:

A   Offender will be locked in his cell unless being escorted to recreation or shower.

B   Offender will receive (5) days of recreation Monday through Friday, (1) hour each day.

C   Offender will be given three showers a week.

MTC 001470



| EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS | Page 4 of 14 |
| --- | --- |
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
| --- | --- |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

    D   Offender will be restrained (waist chain and leg irons) if escorted off the Unit.

    E   Offender will be restrained (waist Chain and leg irons) if being removed from his cell for treatment on the Unit.

**IX    COUNT PROCEDURES:**

    A   Observe and conduct scheduled and unscheduled counts ensuring MTC Policies and Procedures are in compliance.

    B   Certified counts are conducted at 0700 hours, 2000 hours, 2300 hours

    C   Formal counts are conducted at 1000hours, 1200 hours, 1400 hours, 1600 hours, 1800 hours, 2200 hours, 2400 hours, 0100 hours, 0200 hours, 0300 hours, 0400 hours, 0500 hours, and 0600 hours.

    D   Counts are to be conducted as necessary when inmates are in the building for programmatic activities.

    E   No inmate movement will be allowed during the count process.

    F   Staff conducting the count must ensure that the offender(s) being counted are living, breathing, individuals.

    G   Officers must allow nothing short of an emergency distract them during count procedure.

    H   All Unit counts are reported to the Central Control Room and verified by the Central Control Room Officer.

    I   The Officers shall complete and ensure distribution of all necessary forms and documents.

    J   Officers shall follow the provided Acute Unit Schedule (see attachment).



| | **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | **Page 5 of 14** |
| --- | --- | --- |
| | | **POST TITLE:** Unit 7 Acute Care Unit |
| | | **SITE LOCATION:** East Mississippi Correctional Facility |

| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
| --- | --- |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

**X    KEY CONTROL PROCEDURES:**

A    Obtain assigned keys from the officer being relieved. Ensure that keys are inventoried and the log is signed. Keys shall be in the possession of a staff member at all times. Discrepancies are immediately reported to the Shift Captain prior to assuming the key ring. An incident report and all applicable forms must be completed at that time.

B    All keys shall be controlled in accordance with MTC Key Control Policy

C    **Offenders shall not be permitted access to your assigned keys at any time.**

**XI    TOOL CONTROL PROCEDURES:**

A    Any tool received will be handled in accordance with MTC Tool Control Policy.

B    Check the Tool Inventory Card attached to the toolboxes and/or pouches prior to allowing inmates entry.

C    Ensure inmates are supervised while using Class "A" tools.

D    Inspect and inventory tools prior to inmate departing building.

**XII    COMMUNICATION PROCEDURES:**

A    The handheld radio is the primary means of communication. It is essential that proper radio procedures be used when operating this equipment. You are to utilize the Incident Command System for Corrections and refrain from using profanity or "CB" Jargons. Sensitive and/or confidential information shall not be aired over the radio.

B    The telephone is the secondary means of communication to be used for communicating information relating to your task only. You are to follow established telephone protocol during all communications.

**MTC 001472**



| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | **Page 6 of 14** |
|---|---|
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
|---|---|
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

**XIII    REPORTING DIFFICULTIES:**

A   Any unusual circumstances occurring in or around your area of responsibility will be immediately reported to your Shift Captain, control room and other building staff.

B   You will submit a detailed Incident Report prior to being relieved.

**XIV    FIREARMS, CHEMICALS, AGENTS, OR OTHER EMERGENCY EQUIPMENT:**

No Firearms or Chemicals are assigned to this post; however chemical agents are issued in cases of emergencies to certified staff in accordance with MTC Policies.

**XV    EMERGENCY PROCEDURES SPECIFIC TO POST:**

A   General:

1   All emergency information will be called in to the Unit Sergeant, Shift Captain and Control Room Officer.

2   The floor officer assigned as an A-team responder will respond to any emergency situations called. All other staff are to remain on the unit. Any staff designated as a B-team responder will remain on the unit until a B-team response is called for. At the time the B-team response is called for the B-team responders will first ensure that the unit is secure before reporting to the designated staging area.

B   Escape:

1   In the event of an escape/escape attempt, you will perform the following tasks:

a   Secure all entry and exit points of the building.

b   Ensure emergency count procedures are implemented.



| | | Page 7 of 14 |
|---|---|---|
| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | | **POST TITLE:** Unit 7 Acute Care Unit |
| | | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
|---|---|
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

    c   Remain on the post and await instructions from the Unit Sergeant and Shift Captain.

C   Hostage/Riot Situation:

    1   Hostage situation in a Correctional setting poses a high potential for serious injury or death to staff members, inmates, and others involved. While different hostage situations dictate various tactics in negotiation and management, there are certain rules that apply to all hostage situations. These are as followed:

        a   Hostage takers shall not be granted freedom.

        b   Hostage takers shall not be provided with weapons.

        c   No hostage shall be exchanged.

        d   No hostage shall be added.

        e   **ALL HOSTAGES** lose their authority while being held hostage.

        f   Hostage takers shall not be given drugs or alcohol.

        g   Hostage takers shall not be granted immunity in a court of law.

    2   Should there be a hostage taken or a disturbance in your area of responsibility, the following will apply:

        a   Secure the Building.

        b   Call the Unit Sergeant, Shift Captain and Control Room Officer and advise how many individuals are being held hostage, how many inmates are holding the hostages, their whereabouts on the grounds, and the number and type of weapons known or thought to be available to the inmates.



| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | **Page 8 of 14** |
|---|---|
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
|---|---|
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

    c   Enter in the Unit log book the time the incident started and other significant events pertinent to the situation.

    d   Prevent anyone from exiting or entering the building until notified by the Shift Supervisor.

    e   Be responsible for operating all activities of your post.

    f   Closely monitor your area and keep contact with your Unit Sergeant and Shift Captain.

    g   Be alert for any attempt to breach the Security of your area. The hostage taking may be a ploy to affect an escape by other inmates.

D  D. FIRE:

    1   In the event of a fire, these procedures will be followed:

    a   Notify the Central Control Officer, Shift Captain and other building staff stating the location and a brief description of the fire.

    b   Attempt to extinguish or contain the fire to the area until help arrives.

    c   In the event of an evacuation, evacuate all inmates and staff according to the Emergency Evacuation Plans.

    d   Submit detailed report after the "all clear" signal is given.

E  TORNADO:

    1   If it is clear that your post is in immediate danger of being struck by a tornado, advise all persons to move to the inner most location of the building and lie face down and cover your head. When time allows, use the Emergency Evacuation Plan. Remain there until the "all clear" signal has been given.

**MTC 001475**



| | EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS | Page 9 of 14 |
| --- | --- | --- |
| | | POST TITLE: Unit 7 Acute Care Unit |
| | | SITE LOCATION: East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
| --- | --- |
| EFFECTIVE DATE: 12-10-20 | |
| REVIEW DATE:  12-10-20 | |

## XV. HOUSEKEEPING/SANITATION PROCEDURES:

A   The sanitation and orderliness of your Post/Building is the responsibility of the assigned officer(s).

B   Ensure the hall, housing zones, storage room, janitorial room, mechanical room, desk and cabinets are neat, clean and organized at all times.

C   Supervise the inmates that are assigned as janitors, ensuring that floors, walls, appliances, windows, ceilings, vents are cleaned in accordance with sanitation/housekeeping regulations.

D   Inventory, account for and control cleaning supplies and equipment according to procedures daily.

E   Conduct and document housekeeping inspections ensuring living areas are in compliance.

F   Ensure that trash is properly bagged and removed to the appropriate location as scheduled.

G   Train offenders on the use of cleaning supplies and equipment as established by the manufacturer instructions. Train offenders on the use of Material Safety Data Sheets (MSDS) and ensure that the MSDS is onsite and current.

## XVI   SAFETY PROCEDURES:

A   Staff shall adhere to applicable MTC Policy and Procedures to ensure a safe environment for themselves and offenders.

B   Latex gloves are provided for staff safety when conducting pat downs and other germ-contracting procedures. Work place safety practices shall be followed at *ALL* times.

C   All accidents or injuries involving staff shall be reported to a supervisor immediately.

MTC 001476



| EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS | Page 10 of 14 |
|---|---|
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
|---|---|
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

## XVII. TEMPORARY ABSENCES:

Temporary absences from this post shall be authorized by the Shift Captain.

## XVII    SPECIAL POST ORDERS:

A    Ensure that all offenders are secure on the zone and order is maintained.

B    Notify the Shift Captain of all incidents occurring on the zone. The Housing Control Officer will coordinate with the Utility Officer ensuring the following is conducted in a timely manner:

| | | |
|---|---|---|
| Wake-up call | Mail call | Gym call |
| Breakfast call | Sick call | Canteen call |
| Lunch call | Lock down call | Laundry call |
| Dinner call | Yard call | |

C    Submit all appropriate documents and/or detailed Incident Reports as necessary.

D    Monitor offender's behavior and activities. Report unusual activities to the Unit Sergeant and Shift Captain.

E    Conduct bar and window inspections. Report discrepancies immediately to Unit Sergeant, Shift Captain, and Central Control Room Staff. Ensure breeches of security are corrected immediately.

F    Staff shall not exit their assigned work area/building without Unit Sergeant and Shift Commander approval after assuming a post inside the Correctional Facility perimeter.

G    Entry\Exit posts staff shall not allow security staff to exit the work area/building after assuming a post except at conclusion of the shift or with authorization of the Shift Commander.



| **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | Page 11 of 14 |
| --- | --- |
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
| --- | --- |
| EFFECTIVE DATE: 12-10-20 | |
| REVIEW DATE: 12-10-20 | |

H   Any correctional security staff exiting the facility during their assigned shift will be pat searched at the entry/exit points. MTC staff search procedures shall be followed by all concerned.

I    Door lock inspections will be conducted every shift by floor officers. The door locks will be inspected to ensure proper working order. The inspection will be logged onto a Unit lock inspection form and turned into central control. Any discrepancies with lock function will be reported to the shift commander immediately.

J   Each officer assigned to the housing unit will conduct five random pat searches of offenders. There will be a minimum of five cell searches conducted by floor staff each shift. Cell bar taps, light function inspections, sink function inspections, and toilet function inspections will be conducted on a weekly basis by day shift floor staff.

K   Floor staff will ensure showers are opened at 0600 hours and will secure all showers at 2200 hours or in accordance with Mental Health staff.

L   Anytime staff of the opposite sex as the offender population enters an offender living area they must announce their presence on the unit.

MTC 001478



# EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS

| | |
|---|---|
| **Page 12 of 14** | |
| **POST TITLE:** Unit 7 Acute Care Unit | |
| **SITE LOCATION:** East Mississippi Correctional Facility | |

| | |
|---|---|
| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
| **EFFECTIVE DATE:** 12-10-20 | |
| **REVIEW DATE:** 12-10-20 | |

## ACUTE UNIT SCHEDULE

| TIME | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 7:00-7:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
| 7:15-8:00 | Breakfast and Pill Call | Breakfast and Pill Call | Breakfast and Pill Call | Breakfast and Pill Call | Breakfast and Pill Call | Breakfast and Pill Call | Breakfast and Pill Call |
| 8:00-9:00 | Showers and Cell Cleaning | Showers and Cell Cleaning | Showers and Cell Cleaning | Showers and Cell Cleaning | Showers and Cell Cleaning | Showers and Cell Cleaning | Showers and Cell Cleaning |
| 9:00-10:00 | AT GROUP and Individual Contacts | AT GROUP and Individual Contacts | AT GROUP and Individual Contacts | AT GROUP and Individual Contacts | AT GROUP and Individual Contacts | Tier Time/TV time | Tier Time/TV time |
| 10:00-10:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
| 10:15-11:00 | Tier Time/TV time | Treatment Team | Tier Time/TV time | Treatment Team | Tier Time/TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time |
| 11:00-12:00 | Tier Time/TV time | Treatment Team | Tier Time/TV time | Treatment Team | Tier Time/TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time |
| 12:00-12:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
| 12:15-1:00 | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| 1:00-2:00 | Officer Lunch/ Supervised Cell Time/ Maintenance | | | | | Tier Time/TV time | Tier Time/TV time |
| 2:00-2:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |



# EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS

| | |
|---|---|
| **Page 13 of 14** | |
| **POST TITLE:**<br>Unit 7 Acute Care Unit | |
| **SITE LOCATION:**<br>East Mississippi Correctional Facility | |

| | |
|---|---|
| **POST ORDERS #24** | **ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09** |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2:15-3:00 | | AT GROUP | | AT GROUP | | Tier Time/TV time | Tier Time/TV time |
| 3:00-4:00 | MH Rounds | MH Rounds | MH Rounds | MH Rounds | MH Rounds | Tier Time/TV time | Tier Time/TV time |
| 4:00-4:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
| 4:15-5:00 | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time |
| 5:00-6:00 | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| 6:00-6:15 | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT | COUNT |
| 6:15-7:00 | Tier Time/TV time | Tier Time/TV time | Tier Time/TV time | Tier Time/TV time | Tier Time/TV time | Tier Time/TV time | Tier Time/TV time |
| 7:00-8:00 | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time | Outdoor Recreation/ TV time |
| 8:00-9:00 | Pill Call | Pill Call | Pill Call | Pill Call | Pill Call | Pill Call | Pill Call |
| 9:00-10:00 | | | | | | | |
| 10:00-11:00 | | | | | | | |
| 11:00-12:00 | | | | | | | |

|  **EAST MISSISSIPPI CORRECTIONAL FACILITY POST ORDERS** | Page 14 of 14 |
| | **POST TITLE:** Unit 7 Acute Care Unit |
| | **SITE LOCATION:** East Mississippi Correctional Facility |

| POST ORDERS #24 | ACA PRACTICE(S): 5-ACI-3A-03, 5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-06, 5-ACI-3A-08, 5-ACI-3A-09 |
| --- | --- |
| **EFFECTIVE DATE: 12-10-20** | |
| **REVIEW DATE:  12-10-20** | |

| REVIEWED & ISSUANCE APPROVED | NAME                    DATE  12/10/2020 |
| --- | --- |
| | WARDEN, EMCF |

MTC 001481

**Management & Training Corporation**

East Mississippi Correctional Facility

## Daily Post Order Acknowledgement

SIGNATURE VERIFIES THESE POST ORDERS HAVE BEEN READ ON THE DATE THE
STAFF WAS ASSIGNED TO THIS POST.

| Date | Shift | Staff Signature |
|------|-------|-----------------|
| 8-21-21 | A-Team | C/O Ry Wallce |
| 8-22-21 | A-Team | C/O R Wallace |
| 10-9-21 | B-team | /C/O Keaton C/O Wallace |
| 10-9-21 | D-Team | Sgt Jenkins, Sgt B.Butlin |
| 4-27-23 | S day | C/O _____ McClendon |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MTC 001482
Revised 4/1/2017

**Management**
**& Training**
**Corporation**

East Mississippi Correctional Facility

## Daily Post Order Acknowledgement

SIGNATURE VERIFIES THESE POST ORDERS HAVE BEEN READ ON THE DATE THE
STAFF WAS ASSIGNED TO THIS POST.

| Date | Shift | Staff Signature |
|------|-------|-----------------|
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |
|      |       |                 |

Revised 4/1/2017

MTC 001483