EXHIBIT 22



MTC 001279