```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION


                                              EXHIBIT 23
ANGELA RUSSELL, AS ADMINISTRATRIX
OF THE ESTATE OF JEREMY T. RUSSELL
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JEREMY T. RUSSELL           PLAINTIFF


VS.                       CASE NO. 3:22-cv-294-HTW-LGI

MANAGEMENT & TRAINING CORPORATION;
MICHAEL MCCLINTON; ASHLEY RAY;
MARCUS ROBINSON; ROXIE WALLACE;
JACOB VIGLIANTE; JOHN AND JANE DOE
CORRECTIONAL OFFICERS;
VITALCORE HEALTH STRATEGIES, LLC;
EVELYN DUNN; STACEY KITCHENS;
WILLIAM BRAZIER; and
JOHN AND JANE DOE MEDICAL PROVIDERS         DEFENDANTS



              DEPOSITION OF PATRICK ARNOLD, M.D.

                taken on Thursday, June 8, 2023,
              commencing at approximately 1:50 P.M.
             at East Mississippi Correctional Facility
                      10641 Highway 80 West
                      Meridian, Mississippi









    REPORTED BY:   CYNTHIA HARRIS, RPR, CCR #1828
                     SOUTHERN STENO REPORTERS
                      3541 Highway 13 South
                        Morton, MS 39117
                          601-507-0849
                       cynthiaharr@att.net
```

```
 1                        APPEARANCES

 2

 3   GRAFTON E. BRAGG, ESQ. (VIA ZOOM)
     grafton@graftonbragglaw.com
 4   BRAGGLAW, PLLC
     1060 East County Line Road, Suite 3A-120
 5   Ridgeland MS 39157
     COUNSEL FOR PLAINTIFF
 6

 7

 8   RAY A. YOUNG, JR., ESQ.
     MARY CLARK JOYNER, ESQ.
 9   ADAMS AND REESE, LLP
     300 Renaissance
10   1018 Highland Colony Parkway, Suite 800
     Ridgeland, MS 39157
11   COUNSEL FOR MANAGEMENT & TRAINING CORPORATION,
     MICHAEL MCCLINTON, ASHLEY RAY, AND MARCUS ROBINSON
12

13

14   MICHAEL D. CHASE, ESQ.
     mchase@mitchellmcnutt.com
15   MITCHELL, MCNUTT & SAMS
     105 South Front Street
16   Tupelo, MS 38804
     COUNSEL FOR VITALCORE HEALTH STRATEGIES, LLC;
17   EVELYN DUNN; STACEY KITCHENS; AND WILLIAM BRAZIER

18

19

20

21

22

23

24

25
```

1  you taken anything like that in the past 24 hours?
2      A.   No.
3      Q.   What have you done to prepare for the
4  deposition today?
5      A.   I met with our attorney yesterday.
6      Q.   Okay.  I don't want to know about
7  communications between you and your attorney, but did
8  you review any documents or videos or photographs
9  during that meeting?
10     A.   I reviewed one photo.  I reviewed...
11     Q.   Go ahead.  You were about to list out some
12 other things.
13     A.   I reviewed one photo.  I reviewed three pages
14 of testimony that Major McClinton gave, and that was
15 it.
16     Q.   What photograph?
17     A.   It was a photograph that was inside unit 7.
18     Q.   It was a photograph of the unit 7, which is
19 sometimes called camp support; is that right?
20     A.   Yes.
21     Q.   Was it a screenshot from a video, perhaps, or
22 do you know?
23     A.   It could have been a screenshot from a video.
24     Q.   All right.  Talk to me about your -- what is
25 your actual job title at East Mississippi Correctional

```
 1  Facility?
 2      A.   I'm the site medical director.
 3      Q.   And what does that entail?
 4      A.   I oversee medical care of the inmate
 5  population.  I supervise two nurse practitioners - one
 6  -- both of which are part time.
 7      Q.   Who are the nurse practitioners?  I'm sorry; I
 8  cut you off.  Say that again.
 9      A.   Both of those are part time.  I think is the
10  last thing I said.
11      Q.   Who are the two nurse practitioners that you
12  oversee?
13      A.   Phillis Hopson and Erica Glover.
14      Q.   Do you oversee Nurse Practitioner Evelyn Dunn?
15      A.   No, sir.
16      Q.   Does she still work at the facility?
17      A.   To my knowledge, yes.
18      Q.   So do you oversee mental health at the
19  facility?
20      A.   No, sir.
21      Q.   And I should say mental health care.  So you
22  don't oversee mental health care.  Who is the person
23  that oversees mental health care at the facility?
24      A.   To my understanding, George Anderson.
25      Q.   Did you say George Anderson?
```

1      A.    I think that's his first name.
2      Q.    Does he actually physically come to the
3  facility at any point, to your knowledge?
4      A.    Yes.
5      Q.    Do you know if he was there on October 7th,
6  2021, on the date of Jeremy Russell's death?
7      A.    I do not know.
8      Q.    You did not see him; is that correct?
9      A.    I don't recall seeing him.
10     Q.    Okay, fair enough.  How would you describe
11 your practice area?  I understand that you are the
12 site medical director, but what would you say your
13 areas of practice are in medicine?
14     A.    My training is in internal medicine.
15     Q.    And for the benefit of the record, what is
16 that?
17     A.    That's the treatment of nonsurgical medical
18 care, typically for adults.
19     Q.    Does that include mental health?
20     A.    No, sir.
21     Q.    Can internists sometimes treat mental health
22 conditions?
23     A.    In the community, they treat depression and
24 anxiety, but I don't treat depression and anxiety.
25     Q.    Okay.  That's not something you do?

```
 1  way that I asked the question produced an answer
 2  that's -- let me just confirm.  Are you aware of any
 3  training at East Mississippi on the NCCHC standards?
 4       A.   No, sir.
 5       Q.   Have you ever made a decision to pronounce
 6  someone dead?
 7       A.   No, sir.
 8       Q.   What type of practitioner would be the one to
 9  be able to make that decision?
10       A.   The medical examiner or the coroner.
11       Q.   What about an ER physician?
12       A.   An ER physician could do it.
13       Q.   Have you ever made any decisions about the
14  cause of death?
15       A.   No, sir.
16       Q.   Would you be qualified to make a decision
17  about someone's --
18            MR. BRAGG:  Scratch that.
19  BY MR. BRAGG:
20       Q.   Would you be qualified to pronounce someone
21  dead?
22       A.   No, sir.
23       Q.   Did you know Jeremy Russell before he passed
24  away?
25       A.   I don't recall him.
```

1    "And Dr. Arnold said to me, 'Hey, I don't want you
2    to beat yourself up now'" - we're going on to page 82.
3        "I said, 'Why would you do that, Doc?'
4        "He say, 'In my professional medical opinion, if
5    you could have been at least two, three minutes
6    earlier, you possibly could have saved him.'"
7        Do you recall having that conversation with Major
8    McClinton?
9        A.   I do not recall that.
10       Q.   Are you here to testify that it didn't happen,
11   or just that you don't recall it?
12       A.   I can't recall it happening.
13       Q.   If Major McClinton recalled it happening,
14   you're not saying that he's wrong?
15           MR. CHASE:  Object to form.
16   BY MR. BRAGG:
17       Q.   Are you testifying that Major McClinton did
18   not remember this correctly, or are you just
19   testifying that you don't recall it?
20       A.   My testimony is that I don't recall it.
21           MR. BRAGG:  That's all I have for now.
22           MR. CHASE:  Did you say that was all?
23           MR. BRAGG:  Yes.
24           MR. YOUNG:  I don't think I have any questions
25   right now.