**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ANGELA RUSSELL, as Administratrix**                                    **PLAINTIFF**
**of the Estate of Jeremy T. Russell, and**
**on Behalf of the Wrongful Death**
**Beneficiaries of Jeremy T. Russell**

**v.**                                        **CIVIL ACTION NO. 3:22-CV-294-HTW-LGI**

**MANAGEMENT & TRAINING CORPORATION;**
**JOHN AND JANE DOE CORRECTIONAL OFFICERS;**
**VITALCORE HEALTH STRATEGIES, LLC; EVELYN**
**DUNN; STACEY KITCHENS; WILLIAM BRAZIER; and**
**JOHN AND JANE DOE MEDICAL PROVIDERS**            **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

As evidenced by the electronic signatures below, Plaintiff Angela Russell, as Administratrix of the Estate of Jeremy T. Russell and on behalf of the Wrongful Death Beneficiaries of Jeremy T. Russell ("Plaintiff"), Defendants Management & Training Corporation, Michael McClinton, Jacob Vigliante, and Marcus Robinson (collectively "MTC"), and Defendants VitalCore Health Strategies, LLC, Evelyn Dunn, Stacey Kitchens, and William Brazier (collectively "VitalCore") have resolved their disputes forming the basis of this litigation. As a result, Plaintiffs' claims and Complaints against MTC and VitalCore are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs' claims and Complaints against MTC and VitalCore are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

SO ORDERED, this the 4th day of October, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/ *Grafton E. Bragg*
Grafton E. Bragg (MSB #104821)
BraggLaw, PLLC
1060 East County Line Road
Suite 3A-120
Ridgeland, Mississippi 39157
Telephone: (601) 624-1153
grafton@graftonbragglaw.com
*Attorneys for Plaintiffs*


/s/ *R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
jarrad.garner@arlaw.com
*Attorneys for MTC Defendants*


/s/ *Michael Chase*
Michael Chase (MSB #5969)
Mitchell, McNutt & Sams, P.A.
105 South Front Street
Tupelo, Mississippi 38802
(p) 662-842-3871
(f) 662-842-8450
mchase@mitchellmcnutt.com
*Attorneys for VitalCore Defendants*